Southwestern Public Service Company, a New Mexico corporation, d/b/a Xcel Energy



# Construction Services Agreement

## Issued To:
## Custom Energy Services, Inc.

## Project Name:
## Distribution Line Work and Storm Work

## Agreement Number:  47809

## Purchase Order, Work Order or Release Number(s): 373199

(To expedite payment, Contractor shall include this number on invoice for processing.)

## Effective Date:  July 9, 2015

This **Construction Services Agreement** (this or the **"Agreement"**) is made this day 9 of July, 2015 (**"Effective Date"**) by and between Southwestern Public Service Company, a New Mexico corporation, d/b/a Xcel Energy (whether one or more, each is referred to as **"Company"** herein) and Custom Energy Services, Inc. (**"Contractor"**) whose address is 27583 State Hwy 34, Sharon, OK 73857.  Contractor is a corporation of the State of Oklahoma.

**"Party"** or **"Parties"** refers to Company and/or Contractor, either individually or collectively, depending on the context in which the terms are used.

## NOTICES

All notices required or authorized to be given hereunder by Contractor shall be in writing and shall be by certified mail, return receipt, addressed as follows:

| | |
|---|---|
| **To Company**: | Southwestern Public Service Company, a New Mexico corporation, d/b/a Xcel Energy<br>c/o Xcel Energy Services Inc.<br>414 Nicollet Mall, MP 07<br>Minneapolis, MN 55401 |
| Company Representative: | Director of Sourcing and Purchasing |
| **With a copy to**: | Southwestern Public Service Company, a New Mexico corporation, d/b/a Xcel Energy<br>c/o Xcel Energy Services Inc. |
| Supply Chain Representative: | Debby Martinez<br>1800 Larimer Street (floor 9) Denver, CO 80202<br>Project Specialist, Sourcing Services |
| **To Contractor:** | Custom Energy Services, Inc.<br>27583 State Hwy 34,<br>Sharon, OK 73857<br>Waylon Wyrick |

All notices which Company is either required or authorized to give under the terms of this Agreement shall be deemed to have been sufficiently given to Contractor if sent by overnight or international courier service when confirmation of receipt by the recipient is confirmed by such service or by certified mail, addressed to Contractor's address on this Agreement unless specified elsewhere.  Nothing contained in the foregoing shall be construed to restrict the transmission of routine communications between representatives of Contractor and Company.

## RECITALS

A.   Company has caused to be prepared specifications and related documents for distribution line work and storm work, as more fully defined in the Contract Documents and hereinafter referred to as the "Work," and has solicited proposals with respect to such Work;

B.   Contractor has submitted to Company in the manner specified, a proposal for providing the Work and has from time to time supplemented such proposal;

C.   The Parties, following discussion, have agreed upon the definitive terms, conditions, prices, specifications and procedures setting forth their agreement for purchase by Company of related materials and services to be furnished by Contractor under this Agreement; and

D.   Any terms used but not defined herein shall have the meanings ascribed to them in the other Contract Documents (as defined below).

## AGREEMENT

Company and Contractor, in consideration of the foregoing Recitals, each of which is incorporated by reference herein, and all other covenants in this Agreement, and other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, hereby agree to the following:

1.   **TERMS AND CONDITIONS.**

The terms and conditions that govern this Agreement shall be those expressly contained or referenced herein and in the Contract Documents defined in Section 2, including without limitation the General Conditions for Construction Services Agreement Rev 5.0 03/13 (the "General Conditions").  Any other terms and conditions in any exhibits or documents made part of this Agreement do not apply unless noted as such herein and agreed to in writing by the Parties.

If more than one "Company" is identified above as a Party to this Agreement, it is agreed that there is no joint and several liability between or among the listed Companies.  Each Company is responsible for and entitled to the benefits of each Purchase Order, Work Order or Release which it issues or enters into with Contractor.

2.   **CONTRACT DOCUMENTS.**

This Agreement consists of the following documents ("**Contract Documents**") and all exhibits and attachments thereto, each of which is hereby expressly incorporated to constitute a part of this Agreement.  The Contract Documents are listed in their governing order from highest to lowest, with A. being highest.  In the event a conflict or inconsistency exists between the Contract Documents, such conflict or inconsistency shall be resolved in favor of the higher-ranking document.  The Contract Documents shall take precedence in the following descending order.  Any revisions or Change Orders shall rank higher than the Contract Documents they revise or change to the extent they conflict or are inconsistent with the original documents, and in all other circumstances they shall share the same precedence classification as the original Contract Documents they revise or change.

   A.   This Construction Services Agreement dated 7/6/2015
   B.   Exhibit A – General Conditions for Construction Services Agreement (Rev 5.0 03/13)
   C.   Exhibit B – Special Conditions for Construction Services
   D.   Exhibit C -  Scope of Work or any Purchase Order, Work Order or Release containing a scope of work*
   E.   Exhibit D – Work Unit Rate Schedule, Labor/Equipment Hourly Rates and Storm Rates for Labor/Equipment

   *Each Purchase Order, Work Order or Release issued pursuant to this Agreement and containing a scope of work shall constitute a Contract Document with precedence equal to Exhibit B, and may incorporate specifications for specific Goods and/or Work into this Agreement.

3.   **TERM.**

Unless earlier terminated pursuant to the General Conditions (or if applicable, the Purchase Order terms and conditions when no General Conditions exist between the Parties), the term of this Agreement is from the Effective Date through July 9, 2018, subject to the Survival Article of the General Conditions.

4.   **SCOPE OF WORK.**

Contractor shall perform the Work or services and provide any and all Goods in accordance with all terms of this Agreement, including but not limited to the Scope of Work attached as Exhibit C

and any Purchase Orders, Work Orders or Releases may be issued by Company on a Project-by-Project basis, to describe and authorize specific Work.  The specific Work requirements, pricing and deliverables for each Project may be set forth in exhibits to each Purchase Order, Work Order or Release issued under this Agreement.

Exhibit A, General Conditions sets forth the terms and conditions under which the Work shall be done pursuant to each Purchase Order, Work Order or Release.

5.   **PRICE AND PAYMENTS.**

The total price for the Work shall be based on pricing as per Exhibit D.

The pricing is firm and fixed unless modified by a Change Order approved in writing through the formal Change Order process outlined under this Agreement.  Contractor shall present written requests for a Change Order requesting to change the pricing not less than sixty (60) days prior to the date such pricing changes are requested to go into effect.

Payment terms are net thirty (30) days from receipt of invoice, unless otherwise stated in the Agreement or in the applicable Purchase Order, Work Order or Release.

6.   **INVOICES.**

Invoices shall identify the specific Company purchasing the Goods and/or Work and shall be submitted to Company in accordance with the invoice instructions on the individual Agreement, Purchase Order, Work Order or Release issued to authorize the Work.

Each invoice shall include the applicable Passport billing number 373199 and Purchase Order, Work Order or Release number and shall be submitted to Company at the following address:

Southwestern Public Service Company
Attn:  Mike Baker
7601I-40 East
Amarillo, TX 79118


**REMAINDER OF PAGE LEFT INTENTIONALLY BLANK**
**[SIGNATURE PAGE FOLLOWS]**

**IN WITNESS WHEREOF**, the duly authorized representative of the Parties hereto have read all the Exhibits and Contract Documents referenced herein and executed this Agreement.

| **ACCEPTED:**<br><br>**Contractor** | **ACCEPTED:**<br><br>**Company** |
|---|---|
| Custom Energy Services, Inc. | Southwestern Public Service Company, a New Mexico corporation, d/b/a Xcel Energy |
| Contractor Name | Company Name(s) |
| By: | By: |
| Authorized Signature | Authorized Signature |
| Printed Name: | Printed Name:  Brian Owen |
| Title: | Title:  Manager, Strategic Sourcing and Authorized Signatory for Company |

# EXHIBIT A

# GENERAL CONDITIONS

# FOR

# CONSTRUCTION SERVICES AGREEMENT

# (Rev 5.0 03/13)

## **TABLE OF CONTENTS**

1.    DEFINITIONS.
2.    AGREEMENT DOCUMENTS.
3.    OTHER CONTRACTS.
4.    APPLICABLE LAW.
5.    SECURITY.
6.    OWNERSHIP OF WORK DOCUMENTS.
7.    CERTIFICATION OF DOCUMENTS.
8.    CONTRACTOR'S RESPONSIBILITIES.
9.    COOPERATION WITH COMPANY.
10.    SCHEDULING.
11.    FAMILIARITY WITH THE WORK.
12.    RESPONSIBILITY AS TO OTHER CONTRACTORS.
13.    INSPECTION.
14.    USE OF COMPLETED SEGMENTS OF WORK..
15.    WORK CHANGES
16.    SUSPENSION OF WORK.
17.    CONTRACTOR WARRANTIES.
18.    INSURANCE.
19.    FINAL ACCEPTANCE.
20.    PRICE AND PAYMENT TERMS.
21.    RIGHT TO AUDIT.
22.    TAXES.
23.    BONDS/LETTERS OF CREDIT AND CONTRACTOR FINANCIAL STATEMENTS.
24.    TRAVEL EXPENSES.
25.    TERMINATION FOR CONVENIENCE.
26.    TERMINATION FOR DEFAULT.
27.    CONFIDENTIAL INFORMATION.
28.    NOTICE OF CLAIMS AND LIENS.
29.    INDEMNITY.
30.    INFRINGEMENT.
31.    LIMITATION OF LIABILITY.
32.    GOVERNING LAW; DISPUTES.
33.    INDEPENDENT CONTRACTOR.
34.    ASSIGNMENT AND SUBCONTRACTING.
35.    OFFSHORE WORK AND DATA TRANSFER.
36.    SECURITY BREACH NOTIFICATION - CONFIDENTIAL INFORMATION.
37.    PERSONAL DATA.
38.    EQUAL EMPLOYMENT OPPORTUNITY.
39.    THIRD PARTY BENEFICIARIES.
40.    PUBLICITY.
41.    HEADINGS.
42.    SEVERABILITY.
43.    SURVIVAL.
44.    ENTIRE AGREEMENT, WAIVER AND AMENDMENT.


ATTACHMENT 1:  DIVERSITY REQUIREMENTS FOR CONTRACTS
ATTACHMENT 2.0:  SPECIAL CONDITIONS FOR QUALITY MANAGEMENT (If such Special Conditions are included as an attachment to this Agreement).
ATTACHMENT 2.1:  QUALITY ASSURANCE REQUIREMENTS FOR WELDING (If such Requirements are included as an attachment to this Agreement).

**GENERAL CONDITIONS**
**FOR**
**CONSTRUCTION SERVICES AGREEMENT**

1. <u>**DEFINITIONS.**</u>

Capitalized words, phrases and other expressions used herein that are not otherwise defined are defined in the Agreement.  The capitalized words, phrases or other expressions used herein shall have the following meanings:

1.1 **"Agreement"** shall mean the Construction Services Agreement between the Parties hereto.

1.2 **"Applicable Law"** or **"Applicable Laws"** shall mean any and all laws (including all statutory enactments and common law), ordinances, constitutions, regulations, statutes, treaties, rules, codes, standards, licenses, certificates, franchises, permits, requirements and injunctions that (i) have been adopted, enacted, implemented, promulgated, ordered, issued, entered or deemed applicable by or under the authority of any Governmental Body or industry agency or board, and (ii) are applicable to the Work.

1.3 **"Change Order"** shall mean a document issued by Company and agreed to in writing by Contractor to amend the Agreement and/or the Purchase Order, Work Order or Release. The Change Order shall specifically identify the services or Goods to be provided and the name of the Company to which such services or Goods will be provided.

1.4 **"Company"** shall mean the name of the entity or entities set forth as the Company in the Agreement or which issues the Purchase Order, Work Order or Release.

1.5 **"Confidential Information"** shall mean information which is disclosed or shared by one Party to the other Party or generated or developed by one or both Parties and which a prudent person would expect not to be made available to Third Parties without restriction or payment, including but not limited to (i) any information marked confidential, restricted, or proprietary by the owning Party, and (ii) strategic plans, practices, data, marketing research, reports and activities, operations techniques and CIP Information.

1.6 **"Contractor"** shall mean the "Contractor" as set forth in the Agreement.

1.7 **"Critical Infrastructure Protection Information"** or **"CIP Information"** shall mean all information concerning Company's critical network infrastructure which has been identified by Company as "CIP Information" or "Critical Infrastructure Protection Information" by written designation or verbal designation followed by written confirmation. For purposes of this definition, any information obtained by Contractor through the CIP portal in the Company's ProjectWise system shall be considered CIP Information.

1.8 **"Design(s)"** shall have the meaning set forth in Section 30.1 of these General Conditions.

1.9 **"Documents"** shall have the meaning set forth in Section 6.1 of these General Conditions.

1.10 **"Drawings"** shall mean all (i) Drawings or supplementary Drawings furnished by Company as a basis for soliciting proposals, (ii) Drawings, if any, submitted by Contractor with its proposal which are included in the Agreement, (iii) Drawings furnished by Company to Contractor during the progress of the Work, and (iv) engineering data and Drawings submitted by Contractor, if any, during the progress of the Work, provided such Drawings are acceptable to Company.

1.11   **"Final Acceptance"** shall occur when Company has made a reasonable commercial determination that all Work is complete in accordance with the requirements of the Agreement, including these General Conditions.

1.12   **"Force Majeure"** shall have the meaning set forth in Section 10.6.1 of these General Conditions.

1.13   **"General Conditions"** shall mean this document and the terms and conditions contained or referred to herein.

1.14   **"Goods"** shall mean the personal property to be supplied under the Agreement, including but not limited to parts, Drawings, Work Product, items of merchandise, supplies, raw materials, fabricated or processed materials, components, intermediate assemblies, ancillary systems, tools, finished products and equipment.

1.15   **"Governmental Body"** shall mean any:

(i)     nation, state, county, city, town, village, district or other jurisdiction of any nature;

(ii)    federal, state, local, municipal, foreign or other government; or

(iii)   governmental or quasi governmental authority of any nature (including any governmental agency, branch, board, commission, department, instrumentality, office or other entity, and any court), in any such case exercising, or entitled to exercise, administrative, executive, judicial, legislative, police, regulatory or taxing authority or power of any nature over the Agreement, the performance of the Work or the Parties.

1.16   **"Party"** or **"Parties"** shall mean Company and Contractor.

1.17   **"Personal Data"** shall mean any information relating to an identified or identifiable individual (such as name, postal address, email address, telephone number, date of birth, Social Security number or its equivalent, driver's license number, account number, credit or debit card number, personal identification number, persistent online identifier that may be used to identify or contact an individual, health or medical information, or any other unique identifier or one or more factors specific to the individual's physical, physiological, mental, economic or social identity), whether such data is in individual or aggregate form and regardless of the media in which it is contained.  Personal Data does not include business contact information.

1.18   **"Project"** shall mean the entirety, or a portion of, the Work being provided by Contractor and its Subcontractors under the Agreement. or the Purchase Order, Work Order or Release.

1.19   **"Project Schedule"** shall have the meaning set forth in Section 10.2 of these General Conditions.

1.20   **"Purchase Order"**, **"Work Order"** or **"Release"** shall mean the specific authorizing document, including all documents attached thereto or referenced therein.  Each Purchase Order, Work Order or Release shall identify the Goods and services, the price for such Goods and services, and state the location of where services are to be provided or the Goods are to be delivered.

1.21   **"Sanctions"** shall have the meaning set forth in Section 4.7 of these General Conditions.

1.22   **"Security Breach"** shall mean (i) any actual or potential unauthorized or accidental, access, use, loss, or disclosure of any Confidential Information which compromises the integrity and confidential nature of the Confidential Information; (ii) a breach of

Contractor's security or information systems that could reasonably be expected to expose any Confidential Information to such unauthorized or accidental access or use, or (iii) a breach by Contractor of its obligations under the Sections relating to Security Breach.

1.23 **"Site"** shall mean the Company location(s) where the Work is performed or Goods are delivered pursuant to the Agreement.

1.24 **"Subcontractor"** shall mean any person, firm, or corporation that performs work for or provides labor, equipment, supplies and/or goods to Contractor in connection with the Work.

1.25 **"Taxes"** shall mean taxes, assessments, levies, duties, fees, charges and withholdings of any kind whatsoever, and any interest, penalties, fines, or other additions to such amounts.  The term "Taxes" includes, without limitation, sales, use, property, excise, net income, gross receipts and value-added taxes.

1.26 **"Work"** shall mean all labor, services or activities to be furnished or performed, or Goods to be supplied pursuant to the Agreement.  This includes, but is not limited to, equipment, machinery, supplies, Goods, (including raw materials, components, intermediate assemblies and end products), Design(s), technical information, inspection, installation, testing, transportation, expediting and delivery information and services, and related work.

1.27 The Parties further agree:

(i) whenever the words "as ordered," "as directed," "as required," "as permitted," "as allowed" or similar words or phrases are used in the Agreement, they shall mean that the order, direction, requirement, permission or allowance of Company is intended only to the extent of compliance with the terms of the Agreement;

(ii) the words "approved," "reasonable," "suitable," "acceptable," "proper," "satisfactory" or similar words, unless otherwise particularly specified in the Agreement, shall mean approved, reasonable, suitable, acceptable, proper or satisfactory in the reasonable judgment of Company; and

(iii) whenever the expression "it is understood and agreed" or a similar expression is used in the Agreement, such expression shall mean the mutual agreement of the Parties.

2. **AGREEMENT DOCUMENTS.**

2.1 The Work shall be performed in accordance with the Agreement, which term includes these General Conditions and any appendices, exhibits and attachments to the Agreement, and any Purchase Order(s), Work Order(s) or Release(s).  Any additional terms proposed or exceptions taken by Contractor to any provision of the Agreement shall become part of the Agreement only if accepted by Company in writing.  In the event of a conflict between the Agreement and any exhibit (other than these General Conditions and any special conditions which shall govern), Purchase Order, Work Order or Release, invoices or other documents, the Agreement shall govern.

2.2 The Company may scan, and preserve electronically, the Agreement and other documents related to the Agreement.  Once scanned, and electronically preserved, the Company may destroy the paper originals of these documents.  All such documents scanned and electronically preserved by the Company, may be treated as original documents for all purposes, at the discretion of the Company.

3.      **OTHER CONTRACTS.**

   3.1     Company reserves the right to award other contracts in connection with the Project. Contractor shall cooperate, schedule and coordinate performance of its Work with the work of any other contractors, suppliers and consultants so as not to delay or interfere with their work, or with the timely completion of the Project. Company also reserves the right to contract with others for the same type of work, as is the subject of the Agreement or to employ its own personnel in the work.

4.      **APPLICABLE LAW.**

   4.1     Contractor and its Subcontractors, and their employees, agents and representatives shall at all times perform the Work in a safe and professional manner and comply with Applicable Laws and other legal requirements, as such are amended from time to time. Contractor and its Subcontractors shall comply with 29 CFR part 471, appendix A to subpart A. Contractor shall be responsible for the acts and omissions of its Subcontractors in connection with the Agreement.

   4.2     Contractor hereby acknowledges that the Work and activities related to the Work to be provided by Contractor to Company hereunder and the disclosure of Documents and/or other information (in tangible or intangible form) from Company to Contractor is subject to export controls under the laws and regulations of the United States, including but not limited to the Export Administration Regulations, 15 C.F.R. Parts 730-774. Contractor will comply strictly with all such United States export control laws and regulations, and Company's then current corporate policies and procedures related thereto, and will not (or permit any person to) export, re-export, transfer, divert or disclose to any destination or person (including any officer, director, employee, contractor or agent of Contractor) restricted or prohibited under U.S. export controls, except in accordance with all applicable U.S. export controls and regulations:  (i) the Work or any direct product thereof; or (ii) any Documents and/or other information (in tangible or intangible form) obtained from Company. Upon Company's reasonable request, Contractor will provide Company with all Export Classification Control Numbers applicable to the Work. Contractor will also strictly comply with the Foreign Corrupt Practices Act of the U.S. and Company's then current policies and procedures related thereto.

   4.3     Contractor and its Subcontractors will conduct all Work under the Agreement in an economically, socially and environmentally responsible manner. Contractor and its Subcontractors further agree to ensure that their employees, agents and representatives perform the services in accordance with Company's Code of Conduct, as amended from time to time, which is available upon request.

   4.4     Reference in these General Conditions, the Agreement or any exhibit or Purchase Order, Work Order or Release to the standards of any technical society, organization or association, or to any national, state or local codes or standards (including those of any Governmental Body), shall mean the latest standard or code adopted, as amended from time to time, unless specifically stated otherwise.

   4.5     The specifications, codes, and standards referenced in the Agreement (including addenda, and amendments) shall govern in all cases where references thereto are made. In case of conflict between the referenced specifications, codes, or standards and the Agreement, the most stringent requirements shall apply to the extent of such differences except in the case where the Agreement acknowledge an exception to a referenced specification, code, or standard. In all but the latter cases, Contractor shall notify Company of conflicts between referenced specification, codes, or standards and the Agreement.

   4.6     If Company determines that Contractor is failing to comply with any Applicable Laws and other legal requirements under the Agreement, or observes unsafe work practices and/or

conditions on the part of Contractor or Contractor's or Subcontractors' employees or agents, Company may (i) advise Contractor of such and direct Contractor to stop the Work, and (ii) Contractor shall cause all such Work to stop.  Contractor shall bear all additional costs including those that affect the Project Schedule which may result from Work stopped in accordance with this Section 4.6.  In the event that such work stoppage is ultimately deemed by Company to have been unnecessary, Company shall bear the additional cost of such work stoppage and shall afford Contractor a reasonable extension in the Project Schedule for completion of the Work.

4.7     Contractor shall promptly notify Company if (i) Contractor is served with notice of violation of any Applicable Law, or engaged in a settlement agreement, permit, or license relating to its Work hereunder, (ii) of near misses or injury occurring during the course of performing its obligations under the Agreement, (iii) proceedings are commenced to revoke any certifications, permits or licenses which relate to such Work, (iv) certifications, permits, licenses, or other authorizations by a Governmental Body relating to such Work are revoked, (v) litigation is commenced against Contractor which could affect such Work, or (vi) Contractor becomes aware that its equipment or facilities related to such Work are not in compliance with Applicable Laws ("Sanctions").  Contractor shall provide copies of any documents evidencing such Sanctions.  Contractor will keep Company informed on a regular basis of the progress made and resolution of such Sanctions, whether resulting in a requirement by Contractor or its Subcontractors to pay fines, modify operations or comply with said Sanctions in any other manner.

4.8     Contractor warrants that neither it nor any of its Subcontractors have transferred, nor will it or they, transfer anything of value to any employee, agent or other representative of Company, where such was or is made with the intent and/or understanding of obtaining favorable treatment with respect to the Agreement and/or the Work.


5.      **SECURITY.**

5.1     The Company requires security screening of all personnel of Contractor and/or its Subcontractors working in security sensitive positions.  Security sensitive positions include those that require or involve unescorted or unsupervised access to Company's computer systems, facilities, equipment, material, customer property or issuance of an access card or keys to Company facilities or as required by regulation.

5.2     Company's security clearance process for Contractor and/or Subcontractor personnel may include but is not limited to a criminal history check, Social Security number verification and drug testing.

5.3     Detailed results of the background screening will only be discussed with the individual screened.  Contractor/Subcontractor will be notified only that the individual has been granted or denied a security clearance.  Those denied a security clearance may not work in a security sensitive position at Company.


6.      **OWNERSHIP OF WORK DOCUMENTS.**

6.1     All Drawings, Designs, estimates, data, summaries, materials, information, plans, specifications, calculations, reports and other documents ("Documents") whether in hard copy or electronic media prepared pursuant to the Agreement shall become the sole and exclusive property of Company and title thereto shall pass to the Company upon transmittal to Company.

6.2     Company reserves the right to reproduce, modify and use in any manner, any and all Documents.

6.3     Contractor shall, and shall cause its employees, representatives, agents and Subcontractors to execute and deliver any and all forms and instruments necessary or

desirable to transfer the Documents such that Company shall have of record all of its rights, interests, title and ownership in and to the Documents, free and clear of all third party encumbrances and interests.

7.   **CERTIFICATION OF DOCUMENTS.**

7.1   Any and/or all Documents shall be certified by Contractor if required by Applicable Law.

7.2   Contractor shall maintain at its office at the Site, up-to-date copies of all Drawings, specifications, and other contract Documents and supplementary data, complete with latest revisions thereto.  In addition, Contractor shall maintain a continuous record of all field changes, and at the conclusion of the Work, shall incorporate all such changes on the Drawings and other engineering records.  Drawing changes shall be recorded in a neat, orderly manner, drawn to scale, and dimensioned as a qualified draftsman would show the revisions.  Field drafting of these revisions shall be of equal quality and detail as the original Drawings.  Additions shall be shown in green, and deletions shall be shown in red.  Upon completion of the revisions, two (2) copies shall be submitted to Company.  Contractor's records consisting of marked Drawings, engineering data, and sketches shall be submitted prior to official acceptance, but no later than ten (10) days after completion of the Work covered by the Agreement.

8.   **CONTRACTOR'S RESPONSIBILITIES.**

8.1   Contractor shall give all notices related to the Work to applicable Governmental Bodies and obtain and pay for all licenses, permits and inspections required for the Work.  Notwithstanding the above, Company may obtain any easements or right-of-ways associated with Contractor to perform the Work.  Company shall have the right to inspect and obtain copies of all written licenses, permits or approvals, issued by any Governmental Body to Contractor or its Subcontractors that are applicable to the performance of the Agreement.

8.2   Contractor, and its employees and Subcontractors, shall comply with all applicable provisions of Company's plant, Project, facility or Site policy and procedures, including but not limited to any instructions and procedures pertaining to plant or facility Site security, industrial safety, environmental directives, work authorization, equipment control, and hazardous materials.  In addition, Contractor and its employees and Subcontractors shall comply with and enforce, among Contractor's employees and Subcontractors, job plant or facility Site conditions and job work rules which affect the performance of the Work, including but not limited to work hours, smoking regulations, check-in and check-out procedures, job site safety and security regulations, and emergency plans and procedures.  Completion of Contractor Safety Program documentation shall be at Contractor's cost. In addition to these obligations, any special conditions or restrictions, required by Company under its Contractor Safety Program as part of Company's supplier qualification process or to qualify Contractor to do the Work, shall be given by Company in a writing to Contractor and are hereby expressly incorporated into this Agreement and made a part hereof.

8.3   Contractor shall be deemed the "controlling employer" for its Personnel and for its Subcontractors, for purposes of the Federal Occupational Safety and Health Act (OSHA) and its implementing regulations. Contractor shall be responsible for all safety precautions in connection with the Work and shall take all reasonable precautions for the safety of Contractor and Subcontractor's employees performing the Work and all other persons on or around the Project.  Contractor shall promptly take all reasonable and prudent actions to prevent and/or mitigate any damage, injury and/or loss, regardless of the source of fault, particularly in the event of an emergency.

8.4     Contractor shall comply with the quality management requirements contained in the Quality Management Special Conditions, if such Special Conditions are included as an attachment with this Agreement.

8.5     Contractor shall be responsible for ascertaining the local conditions, work rules and union jurisdiction of the relevant labor market.

8.6     Delivery of Goods shall be completed by Contractor in compliance with the terms of the Agreement, or, if unspecified, Contractor shall deliver Goods to the Site.  Contractor shall be responsible for and shall bear any and all risk of loss or damage to the Work in progress and to all Goods delivered to the Site until Final Acceptance.  Contractor shall also at all times conduct the Work in a manner to avoid risk of loss, theft or damage by vandalism, sabotage or other means to Company's property and the Project.

8.7     Contractor shall prepare and maintain accurate reports of incidents of loss, theft or vandalism and shall furnish these reports to Company in a timely manner as requested by Company or as may be required by Company's security programs and/or rules.

8.8     Notwithstanding any contrary provision of the Agreement, in the event Contractor damages Company's utility system during the Work, including but not limited to natural gas lines, electric or steam facilities, Contractor (i) shall immediately notify Company, and (ii) shall be responsible for all costs of repair to the utility system of Company.  Contractor shall immediately report any release or possible release of potentially hazardous or known hazardous substances.  Releases shall include, but is not limited to, spilling, leaking, emptying, or other discharge into the environment.  Contractor shall act to contain any such release in accordance with Applicable Law and the provisions of the Agreement.  All costs associated with required repair shall be borne by Contractor.

8.9     Contractor shall own and maintain, at Contractor's expense, direct two-way communication equipment, cellular telephones and/or pagers, for communication with Company.  Contact with each Contractor and Subcontractor crew must be possible at all times.  Contractor is responsible for notifying Company representatives of the type of communication equipment utilized, and the method and access numbers necessary for Company to contact each crew during the course of the Work.

8.10    Contractor shall keep the Site of the Work and related access areas free from construction debris, material or rubbish, and upon completion of the Work, shall remove all surplus material and debris and rubbish, leaving the Site in good condition.

8.11    Contractor shall remove or cause to be removed from any Site, any person employed or engaged by Contractor or any of its Subcontractors whom Company deems unfit.  Company shall notify Contractor of any such demand and Contractor shall promptly provide another person to perform the Work.

8.12    Contractor shall perform the Work in a manner that shall cause the minimum of inconvenience, injury or damage to the property of any landowners and tenants affected by the Work.  Contractor shall familiarize itself with all related easements and permits and comply with all requirements thereof.  Contractor shall restore all property damaged in connection with the Work to as good condition as before the damage occurred.

8.13    At Company's discretion and at Contractor's risk, Contractor may be allowed to park and/or store equipment, tools, materials, or any other items owned, leased, or rented by Contractor at Company facilities.  Contractor shall hold Company harmless from any loss, damage, or destruction of such equipment, tools, materials or the like.

8.14    If the Work is electric construction for transmission, substation or distribution for Public Service Company of Colorado, Contractor agrees to pay its employees in the classification of lineman and working foreman wage rates equal to or greater than those found in Exhibit B of the collective bargaining agreement between Company and

International Brotherhood of Electrical Workers, Local Union #111.  Provided, however, if Contractor is signatory to a union agreement, it shall pay its employees the wage scale provided by that agreement.  Upon request, Contractor agrees to provide documentation of wage rates paid to its employees.

9.  **COOPERATION WITH COMPANY.**

9.1   Contractor shall plan its work so as not to interfere with Company operation.  Construction work which affects the operation of Company's plant or facilities shall be scheduled to be performed only at times acceptable to Company.

9.2   In the event that it is necessary to either interrupt the power supply or to impose abnormal operating conditions on Company's utility system, such procedure must be acceptable to Company and a complete understanding and agreement must be reached in writing by all Parties concerned well in advance of the time scheduled for such operation.  Such understanding shall be definite as to date, time of day, and length of time required.

10.  **SCHEDULING.**

10.1   Contractor agrees that time is of the essence with respect to its obligations to perform the Work.

10.2   Company and Contractor shall agree on a schedule of the Work (the "Project Schedule") indicating the dates for the start and completion of the various stages of the Work.  Company may, in its discretion, prepare a Project Schedule or delegate the Project Schedule to Contractor.  Contractor shall strictly adhere to the Project Schedule.  Company reserves the right to direct Contractor to reschedule the order and rate of progress of performance of the Work so as not to interfere with the performance of work by Company and/or other contractors.

10.3   If requested by Company, Contractor shall promptly submit regular progress data as to the Work that shall include the (i) start date, (ii) percentage of completion for each stage of Work, (iii) the anticipated or actual finish date for all Project activities of Contractor during the period, and (iv) a comparison of exceptions and deviations from the Project Schedule.  Other information, such as actual hours expended, shall be furnished monthly or as requested by Company.  If requested by Company, Contractor shall participate in the Project Schedule update meetings.

10.4   If at any time during the performance of the Work Contractor's progress does not keep pace with the requirements of the Project Schedule, Company may order Contractor to take steps to improve its progress without additional cost to Company.  Neither such notice by Company, nor Company's failure to issue such notice, shall relieve Contractor of its obligation to perform in accordance with the Agreement, including completion of quality Work in the timeframe required by the Project Schedule.  Failure of Contractor to comply with the notice of Company may be grounds for determination by Company that Contractor is not pursuing the Work with such diligence as shall ensure completion within the times specified.  Upon such determination, Company may terminate for default pursuant to Article 26 of these General Conditions.

10.5   Should the actions of Company cause a significant delay of the Work, Contractor shall notify Company in writing within five (5) business days from the beginning of such delay.  If Company and Contractor determine the facts justify an extension of time and/or additional compensation and no remaining float time exists in the Project Schedule, the Agreement will be modified in writing as appropriate.  Company may, in its sole discretion and in lieu of granting an extension of time, require Contractor to regain the Project Schedule, and Company shall compensate Contractor for any required additional charges; provided, however, that no adjustment shall be made for any delay to the extent

that performance would have otherwise been delayed by any other cause, including the fault or negligence of Contractor.

10.6     With respect to events of Force Majeure:

10.6.1   Company and Contractor shall be excused from performing in accordance with the Project Schedule in the event of an occurrence of "Force Majeure." Force Majeure, is defined as fire, floods, earthquake, tornado, explosion, catastrophe, accident, war or war-like operations (whether or not a state of war is declared), riot, Acts of God, acts of terrorism, insurrection, orders of a Governmental Body and Applicable Laws that prevent performance, to the extent (i) such event of Force Majeure is beyond the reasonable control of the Party claiming Force Majeure, and (ii) the Party claiming Force Majeure gives prompt written notice of the same to the other Party.

10.6.2   In the event of any such delay, Contractor's sole remedy shall be a time extension for the completion dates required by the Project Schedule, which extension shall be the time period lost by reason of the Force Majeure.

10.6.3   Delays caused by unfavorable weather (that is not abnormal for the season and geographic area), unsuitable ground conditions, inadequate construction force, strikes or labor disturbances involving the personnel of Contractor or any of its Subcontractors on the Project, market conditions, or the failure of either Party to place orders for equipment or materials sufficiently in advance to ensure delivery when needed shall not be considered a Force Majeure.

## 11.     **FAMILIARITY WITH THE WORK.**

11.1     By executing the Agreement, Contractor represents that it has visited the Site(s) for the Project, inspected the conditions under which the Work is to be performed and has correlated its inspection with the requirements of the Work and the Project Schedule.

11.2     No pleas of ignorance of conditions that exist or hereafter may exist, or of conditions or difficulties that may be encountered in the execution of the Work will be accepted as an excuse for failure or omission on the part of Contractor to fulfill in every detail all requirements of the Agreement, nor will they be a basis for any claim whatsoever for extra compensation or time.

## 12.     **RESPONSIBILITY AS TO OTHER CONTRACTORS.**

12.1     Contractor shall properly coordinate with other contractors, Subcontractors, suppliers working on the Project to ensure that each such other contractor or Subcontractors may (i) store their respective materials and equipment on or around the Site, and (ii) carry out their respective work assignments within the Project.  Any costs to Company or Company's other contractors caused by defective or ill-timed performance of Work by Contractor shall be borne by Contractor.

12.2     If any part of Contractor's performance of the Work depends upon the work of any of Company's other contractors, suppliers or consultants, Contractor shall review that work and promptly report to Company in writing any discrepancies or defects it may discover in such work.   Failure of Contractor to review the Work and report in writing any discrepancies or defects shall constitute an acceptance of the other work as fit and proper to receive performance of the Work and Contractor shall bear all costs incurred in rendering such other work suitable.

12.3     Should Contractor's Work or property be damaged by the acts or neglect of any other contractor(s), or should Contractor cause damage to the work or property of any other

contractor(s), Contractor shall separately resolve such matter with the other contractor(s) without involving Company and without impeding the Work or that of other contractors.

12.4    Contractor shall separately resolve disputes with the other contractor(s) without involving Company and without impeding the Work or that of other contractors.

12.5    Contractor shall cooperate with all other contractors who may be performing work on behalf of Company and crew who may be employed by Company in the vicinity of the Work under the Agreement, and it shall conduct its operations to minimize interference with the work of such contractors or crew.  Any difference or conflict in regard to their work, which may arise between Contractor and other contractors and suppliers, or between Contractor and crew of Company, shall be resolved as determined by Company. If the Work of Contractor is delayed because of any acts or omissions of any other contractor or supplier, Contractor shall have no claim against Company on that account other than an extension of time.

13.    **INSPECTION.**

13.1    The Work and all portions thereof shall be subject to inspection by Company or its designee at all times.  Any such inspection shall not relieve Contractor of the responsibility to strictly comply with its performance requirements and other obligations under the Agreement, it being understood that any such inspection by Company shall in no way (i) be construed as constituting or implying either a waiver or acceptance of the work, or (ii) affect any of Company's rights or remedies under the Agreement.

13.2    Contractor shall furnish promptly, without additional charge, all facilities, labor and material reasonably needed for performing such safe and convenient inspection as may be desired by Company.  Company reserves the right to charge to Contractor any additional cost of inspection when material or workmanship is not ready at the time specified by Contractor for inspection or when re-inspection is necessitated by prior rejection.  If required by Company, Work must be uncovered for observation and replaced at Contractor's expense.

13.3    Contractor shall make available to Company any and all data, including but not limited to, test results, welding information, and radiographic, ultrasonic and non-destructive examination reports, related to performance of the Work.  Company's review of any such data shall in no way relieve Contractor of its responsibility for the professional quality, technical accuracy and completeness of such data.

14.    **USE OF COMPLETED SEGMENTS OF WORK..**

14.1    Whenever, as determined by Company, any segment of the Work performed by Contractor is in a condition suitable for use, Company may at its sole option take possession of or use such segment.  Such use by Company shall in no case be construed as constituting Final Acceptance, and shall not relieve Contractor of any of its responsibilities under the Agreement, other than for (i) that portion of the Work for which Company has taken possession, and (ii) ordinary wear and tear with respect to such Work.

15.    **WORK CHANGES**

15.1    Company, without invalidating the Agreement, may at any time make changes to or deviations from the scope of the Work with a Change Order issued by an authorized representative of Company to Contractor.

15.2    If Contractor claims that the Change Order causes an increase or decrease in the cost of or the time required for performance of the Work, Contractor shall give Company written notice of such increase or decrease within five (5) days following the receipt of such a

request.  Contractor shall also provide sufficient documentation to Company to justify the increase or decrease in the cost of or the time required for performance of the Work.

15.3   Any proposed cost or price changes may be approved only in writing by the Company's Sourcing Representative listed in the Agreement or another authorized Sourcing Representative.  Any cost or price change without such written approval will have no effect.

15.4   If accepted in writing by an authorized Company representative, an equitable adjustment may be made in the price or delivery schedule, or both, and the Change Order shall be deemed to modify the Agreement.

15.5   Contractor's failure to comply with Section 15.2 of these General Conditions shall constitute Contractor's agreement to perform any such Change Order in accordance with the price and schedule specified in the original order and/or subsequent revisions thereto.


**16.    SUSPENSION OF WORK.**

16.1   Company may, by written notice to Contractor, suspend at any time the performance of all or any portion of the Work.  During the period of suspension, Contractor shall use its best efforts to use its plant, labor and equipment in such a manner as to minimize costs associated with suspension.

16.2   Upon receipt of any such written notice, Contractor shall, unless such notice requires otherwise:

16.2.1   Immediately discontinue the Work on the date and to the extent specified in the notice;

16.2.2   Place no further orders or subcontracts for materials, work or the like with respect to suspended Work other than to the extent required in the notice;

16.2.3   Promptly make every reasonable effort to obtain suspension upon terms satisfactory to Company of all orders, subcontracts, rental agreements and the like to the extent they relate to performance of the Work suspended; and

16.2.4   Promptly make every reasonable effort upon terms satisfactory to Company to protect or maintain the Work.

16.3   As full compensation for such suspension, Contractor shall be reimbursed for the following costs, to the extent reasonable and if such costs directly result from the suspension of the Work:

16.3.1   A standby charge based upon the period of suspension of the Work, which standby charge shall be sufficient to reimburse Contractor for its actual costs of keeping its organization and equipment committed to the Work in a standby status;

16.3.2   The actual costs associated with actual mobilization and demobilization of Contractor's plant, forces and equipment; and

16.3.3   Any actual increased cost of the Work incurred by Contractor.

 All costs to be reimbursed must be requested within forty-five (45) days following termination of the suspension.  Any such costs shall be documented and evidenced by all supporting documentation requested by Company and shall be subject to the audit rights of Company as set forth in these General Conditions.

16.4     Upon receipt of notice to resume suspended Work, Contractor shall immediately resume performance of the suspended Work to the extent required in the notice.  Contractor hereby expressly waives any claim it may have for additional time or extra compensation because of any suspension of the Work unless such claim along with a revised Project Schedule (with respect to the Work suspended) is presented to Company in writing within ten (10) calendar days after Contractor's receipt of notice to resume the Work.  No compensation or extension of time shall be granted if the suspension results from Contractor's noncompliance with the requirements of the Agreement or from any cause other than Company's suspension order pursuant to this Article 16 of these General Conditions.

17.    **CONTRACTOR WARRANTIES.**

17.1     All parts, materials, equipment and the like incorporated into the Work shall be new and of the most suitable grade given the intended use by Company.

17.2     Contractor represents, warrants and covenants that entering into this Agreement does not, and in the future shall not, violate any fiduciary, contractual or other obligation of Contractor or its Subcontractors to any third party. Contractor agrees to indemnify and hold harmless Company from any and all losses or damages sustained by Company as a result of a breach of this provision.  Any breach of this provision shall be deemed to be a material breach of this Agreement.

17.3     Contractor warrants that it will perform the Work with due care, skill and diligence, in accordance with Applicable Law and applicable professional standards, industry procedures and construction practices.  Unless a greater period of time is specified in the Agreement, Contractor shall warrant the Work and all parts, equipment, materials and labor furnished under the Agreement to be as specified herein and free from defects in design, material, workmanship, and title for the longer period of twelve (12) months after Final Acceptance or the period of any manufacturer's warranty.  Any and all manufacturer warranties shall be and hereby are transferred to Company pursuant to the provisions and operation of the Agreement.

17.4     Upon receipt of notice from Company of any failure to comply with the terms of the Agreement including these General Conditions and, without limitation, any defect with respect to the Work, both prior to or after Final Acceptance, Contractor shall without additional compensation correct any such defects within a time acceptable to Company and reimburse Company for any resulting costs, expenses or damages suffered by Company, including but not limited to costs of removal, reinstallation, re-procurement and any other third-party costs, damages and losses incurred by Company.  If Contractor fails to timely replace any such defective Work, Company may cause such defective Work to be replaced by another and the direct and indirect expense thereof shall be the responsibility of Contractor.  Company shall be entitled to deduct this expense and the resulting damages from amounts otherwise due to Contractor.

17.5     In the event of an emergency where in the judgment of Company the delay resulting from giving formal notice would cause serious loss or damage which could be prevented by immediate action, defects may be corrected by Company, or a third party chosen by Company, without giving prior notice to Contractor, and the cost of the corrections shall be paid by Contractor.  In the event such action is taken by Company, Contractor will be notified promptly and shall assist wherever possible in making the necessary corrections.

17.6     The rights and remedies of Company provided in this Article 17 shall not be exclusive and shall be in addition to all other rights and remedies of Company (i) as set forth in these General Conditions, (ii) under Applicable Law, or (iii) in an equitable proceeding. No failure on the part of Company in the exercise of any right or remedy shall operate as a waiver of or by Company of its right to exercise any other right or remedy.

18.  **INSURANCE.**

18.1   Contractor shall purchase and maintain such insurance as shall protect Contractor and Company from claims which may in any way arise out of or be in any manner connected with the performance of the Agreement, whether such claims arise out of the act or failure to act of Contractor, Company, or of the direct or indirect delegate, appointee or employee of either.  Contractor shall provide evidence of all such insurance at the request of Company.  Such insurance shall be as specified below unless additional insurance is required by the Purchase Order, Work Order or Release, and all insurance companies shall be rated A-7 or better by A.M. Best rating services in amounts not less than:

18.1.1   Worker's Compensation at statutory limits for the state of hire or operations.

18.1.2   Employer's Liability, including other state's insurance and voluntary compensation, as follows:  Bodily Injury Limits by Accident at one million dollars ($1,000,000) per accident; Bodily Injury Limits by Disease at one million dollars ($1,000,000) policy limit and Bodily Injury by Disease at one million dollars ($1,000,000) per employee.   Other coverage may be required, as applicable, including:  U.S. Longshoreman's and Harbor Worker's Compensation Act Coverage, FELA (for Railroad contracts), Borrowed Servant or Alternate Employer Endorsement, Maritime Employer's Liability Insurance, including Transportation, Wages, Maintenance and Cure, and Jones Act coverage.

18.1.3   Commercial General Liability, including Products and Completed Operations and Property Damage Liability on the CG 20 10 (10/85) or equivalent on an occurrence form, with no explosion, collapse or underground (XCU) exclusions and providing products/completed operations (for a minimum of 3 years coverage), premises/operations, independent contractors, personal injury and a sudden and accidental pollution endorsement, with limits of not less than one million dollars ($1,000,000) which can be achieved with a combination of General Liability and Umbrella Limits.  Umbrella or Excess must be form following or name Company as an additional insured.

18.1.4   Comprehensive Automobile Liability, with a combined single limit of not less than one million dollars ($1,000,000), including, but not limited to, coverage for: owned vehicles, non-owned vehicles, hired vehicles and MCS 90 coverage where hazardous material transportation is involved, using the broadened pollution coverage noted below.

18.1.5   Excess/Umbrella Liability of not less  than five million dollars ($5,000,000).

All dollar amounts of coverage set forth above shall be per occurrence and in the aggregate.  The policies described herein shall (i) be endorsed to show that the insurers waive subrogation against Company, its affiliates, directors, officers and employees, (ii) written so that the insurance is primary and non-contributory, (iii) not expire, terminate or otherwise be discontinued except upon not less than thirty (30) days prior written notice to Company, (iv) contain Additional Insured Status on Commercial General Liability and Comprehensive Automobile Liability, (v) require notification of Company of any material change in coverage and (vi) notify Company if 50% of aggregate is impaired.

18.2   Certificates of insurance acceptable to Company shall be filed with Company prior to

commencement of the Work, and each renewal period for the Work. These certificates shall contain a provision that coverages afforded under the policies shall not be canceled or materially changed/altered until thirty (30) days prior written notice has been given Company.  Notwithstanding the foregoing, Contractor has a continuing obligation to provide the insurance coverage described in this Article 18 and none of the insurance

required herein shall be canceled, changed or allowed to lapse until the period of Contractor's obligations under the Agreement has been completed or until such later date or time specified in the Purchase Order, Work Order or Release.  Such notices shall be sent to:

> Xcel Energy Services Inc.
> Attn:  Supply Chain
> 414 Nicollet Mall MP 7th floor
> Minneapolis MN 55401

18.3    Insurance specified herein shall be minimum requirements and Contractor is responsible for providing any additional insurance deemed necessary to protect the interests of both Contractor and Company from other hazards or claims in excess of the minimum coverage.  The liability of Contractor is not limited to available insurance coverage.

## 19.    FINAL ACCEPTANCE.

19.1    Contractor shall notify Company in writing when it believes the conditions of Final Acceptance are deemed achieved by Contractor.  Contractor shall submit to Company its final invoice for any Work on the Project within sixty (60) days of providing this notice to Company.

19.2    After receipt of Contractor's notification pursuant to Section 19.1 above, Company shall be deemed to have determined its Final Acceptance of the Work performed by Contractor by Company's payment of the final invoice submitted by Contractor for the Project.

19.3    Company reserves the right to return standard, unused Goods to Contractor without charge to Company.  Contractor shall promptly issue a Return Material Authorization (RMA) Number or written permission and return instructions to Company within five (5) business days of Company's request for return.  Contractor shall, at Company's option, issue either (a) a monetary credit, or (b) a check (if Company has paid for the Goods in advance of the return), to Company within thirty (30) days of Contractor's receipt of the returned Goods.

19.4    If the Work includes the purchase and sale of Goods:  with respect solely to Goods that are (i) Capital Equipment (as defined in Minn. Stat. Section 297A.68, Subd. 5 or any similar or successor Minnesota statute) delivered to a Site located in the State of Minnesota, or (ii) delivered to a Site in the State of Texas and are exempt from taxation under Tex. Tax Code § 151.318 or any similar or successor Texas statutes, then title to such Goods shall vest, free and clear of all liens, in the Company, at the earlier to occur of (a) the time of delivery of the Goods at the Site, or (b) Company's payment for the Goods, subject to Company's right of rejection. In all other cases involving the construction of real property, title to all personal property incorporated into the real property shall pass to Company upon Final Acceptance.

## 20.    PRICE AND PAYMENT TERMS.

20.1    Payments shall be made as stated in the Agreement.  Unless a different term is agreed to between the Parties, payments will be made thirty (30) days after receipt of an invoice approved by Company in accordance with the payment terms herein, of the Agreement and Company's then current policies and procedures.

20.2    At the option of the Company, payments for Work performed may be made using a Company commercial charge card, which is a uniquely numbered charge card issued by a Third Party (the "Card Issuer") to named individual Company Personnel or to department or divisions of the Company, to pay for Company purchases ("Company Charge Card").  Unless otherwise authorized by the terms of this Agreement or by separate agreement of the Company, Contractor shall not process a transaction for payment using the Company Charge Card until the purchased Goods have been shipped

or services performed. Unless the Company cardholder requests correction or replacement of a defective or faulty item under other Agreement requirements, Contractor must immediately credit the Company's account for Goods returned. Notwithstanding the terms of any agreement between Company and the Card Issuer, Contractor agrees that all disputes arising between Contractor and Company relating to the Work shall be resolved pursuant to the terms of this Agreement.

20.3    Payments otherwise due may be withheld on account of defective Work not remedied, claims made or liens filed, damage by Contractor to Company or others not adjusted, failure to make payments to Subcontractors, or for any other failure to perform in accordance with the Agreement; provided, however, that the amount of payments withheld shall not exceed the reasonably estimated amount in dispute.

20.4    All Contractor invoices shall reference (i) the Agreement, (ii) the Purchase Order, Work Order or Release, and (iii) any other applicable reference numbers.  Such invoices shall also contain a complete description of all charges submitted in the format requested by Company.

20.5    In making payments hereunder, Company shall be entitled to conclusively presume that payment information furnished by Contractor is accurate, including account number(s) and name of payee.  In no event shall Company make a subsequent payment where the first payment is made in accordance with such information, unless the first payment has been returned in full to Company.  All payments shall be in U.S. dollars.

20.6    When requested, Contractor shall provide to Company an itemized schedule of quantities and values of the various functions necessary to perform the Work.  Contractor shall use Company's system of accounts to submit any itemized cost breakdown requested by Company.

20.7    Contractor irrevocably agrees that acceptance by Contractor of final payment shall fully and completely release Company from all claims and demands that Contractor may have or has against Company and/or its corporate affiliates and their respective officers, directors, employees, agents, representatives and customers arising out of, resulting from, or in any way connected with the Work performed by Contractor pursuant to the Agreement, including any Purchase Order(s), Work Order(s) or Release(s).  Contractor further acknowledges and agrees that such final payment, together with all payments made prior to the final payment, constitutes full payment of all amounts due Contractor under the Agreement, including under any Purchase Order(s), Work Order(s) or Release(s) and all amounts due for all claims of any type and all extra Work.  In accepting the final payment, Contractor further warrants and represents that all claims, bills, payrolls, expenses, costs, taxes, and other indebtedness incurred in connection with the Work performed pursuant to the Agreement, including Purchase Order(s), Work Order(s) or Release(s) have been paid in full.

**21.    RIGHT TO AUDIT.**

21.1    Contractor shall maintain accurate and satisfactory records and books of account in accordance with sound accounting principles to evidence compliance with this Agreement.  Contractor's records and books shall present all costs and expenses utilized either directly or indirectly in computing any charges to Company.  Upon ten (10) days prior written notice, Contractor shall provide Company and its representative(s) access to Contractor's records and books (including but not limited to Contractor's electronic data files), for verification of Contractor's compliance with the Agreement.  Contractor shall secure for Company the same rights with respect to the records and books of its Subcontractors (including but not limited to electronic data files maintained by its Subcontractors).  The records and books of account of both Contractor and Subcontractors, in either electronic or paper format as kept by Contractor or Subcontractors in their ordinary course of business, shall be made available upon

request during the term of the Agreement, and for a period of thirty-six (36) months after the completion of all Work under the Agreement (or any longer period required by Applicable Laws).

22. **TAXES.**

22.1    As part of the Work, Contractor shall be solely responsible for the administration and payment of:  a) all Taxes imposed by Applicable Laws on Contractor's use, consumption, or storage of tangible personal property or services in its performance of the Work; b) all payroll, employment, unemployment, withholding and other employment-related Taxes applicable to Contractor or Contractor's employees; c) all federal, state, and local government Taxes which may be assessed on Contractor's net income; d) all engineering, occupational, and business license Taxes assessable against Contractor; e) all property taxes assessed on real or personal property owned by Contractor (except as stated in Section 22.3); and f) all other Taxes of any kind customarily borne by contractors or suppliers performing work similar to Contractor's Work, but excluding those Taxes provided in Sections 22.2 and 22.3.  In addition, Contractor agrees to reimburse Company for any Taxes described in this Section 22.1 that are paid by Company, if such Taxes are imposed by Applicable Laws on, but are unpaid by, any Subcontractor.

22.2    The Company shall reimburse Contractor for all Taxes imposed by Applicable Laws on Contractor's sale of tangible personal property or taxable services to Company. Contractor shall indicate as separate line items on all invoices to Company (or any similar document requesting payment) each specific item of tangible personal property or service for which Contractor seeks to collect any Taxes, the price for each such item of tangible personal property or service, the type of Taxes (*e.g.*, sales tax) sought to be collected, the amount of any Taxes sought to be collected, and shall maintain records showing the jurisdiction(s) to which such Tax(es) will be paid.  Contractor shall provide assistance as reasonably requested by Company in determining eligibility for exemptions and/or exclusions from such Taxes.  In addition, Contractor shall accept all valid exemption certificates provided by Company in good faith.  After Final Acceptance and within thirty (30) days of a request therefore, Contractor shall provide to Company any information regarding quantities, descriptions and prices of tangible personal property or services sold to Company which Company deems relevant to the preparation and submission of its tax returns or any tax refund claims.

22.3    Company shall pay a) all property taxes assessed on real or personal property at the Site that is owned by the Company; b) all property taxes assessed on real or personal property that has been incorporated into the Work and title to which has passed to Company, and all property taxes assessed on personal property that is stored on the Site and will be incorporated into the Work, when title to which has passed to Company; and c) all Taxes imposed by Applicable Laws on tangible personal property and taxable services sold by Contractor to Company for which Company has provided Contractor a valid direct pay certificate or other valid exemption certificate(s).

23. **BONDS/LETTERS OF CREDIT AND CONTRACTOR FINANCIAL STATEMENTS.**

23.1    Where required in the Purchase Order(s), Work Order(s) or Release(s) or elsewhere in the Agreement or these General Conditions, Contractor shall furnish bond(s) and/or an irrevocable letter(s) of credit, as applicable, securing the performance of the Agreement, with such surety(ies) and/or financial institution(s) acceptable to Company in its sole discretion.  Contractor shall deliver the bond(s) and/or letter(s) of credit to Company no later than the date of commencement of the Work or as otherwise specified by Company.

23.2    Company shall have the right to request of and receive from Contractor the annual and most recent financial statements of Contractor for the purpose of determining Contractor's continuing financial ability to perform the Work in accordance with these General Conditions and as otherwise required by the Agreement.  The financial

statements required to be produced shall include, at a minimum, the balance sheet, income statement, statement of cash flows and, if available, footnotes to the financial statements and any written transmittal (such as an opinion or statement of review) by Contractor's independent accountants.  Contractor represents and warrants that all such financial statements as provided to Company shall (i) be true, correct and complete, (ii) fairly state the financial condition of Contractor, and (iii) be presented in accordance with generally accepted accounting principles, consistently applied.  Such financial statements shall be delivered to Company, to the attention of the Company representative from whom Company's request was received, within five (5) business days after Contractor's receipt of Company's request.

**24.**     <u>**TRAVEL EXPENSES.**</u>

24.1     For agreed to reimbursable travel, Contractor shall make its own travel arrangements and must utilize the lowest cost airfare available taking into account the time needs of the Work.  Contractor's invoice must provide documentation to substantiate all charges.  Notwithstanding the foregoing, all such expenses must be in accordance with Company's then current guidelines regarding payments to contractors for travel expenses.  Company will pay no additional amounts for travel related expenses in connection with firm price agreements.

**25.**     <u>**TERMINATION FOR CONVENIENCE.**</u>

25.1     Company may, at its option, terminate the Agreement in whole or in part at any time by written notice thereof to Contractor, whether or not Contractor is in default.

25.2     Upon any such termination, Company shall pay for all Work completed to the reasonable satisfaction of Company, not to exceed the total price of the Agreement, as amended by Change Orders.  No amount shall be allowed for overhead or anticipated profit on unperformed Work.  Upon receipt of any notice of termination for convenience and unless the notice requires otherwise, Contractor shall forthwith:

25.2.1     Discontinue the Work (including the removal of workers and all other Contractor agents from the Project Site);

25.2.2     Place no further orders or subcontracts as to the Work other than as may be necessary for completion of any such portion of the Work under the Agreement that is not terminated;

25.2.3     Make best efforts to obtain cancellation upon terms satisfactory to Company of all orders and subcontracts to the extent they relate to the performance of the Work terminated;

25.2.4     As directed by Company, assist Company in the maintenance, protection and disposition of materials, supplies or property acquired pursuant to the Agreement; and

25.2.5     Deliver to Company all Documents, Drawings, reports, plans, specifications, data, estimates, summaries and other material and information, whether or not complete, related to the Work.

**26.**     <u>**TERMINATION FOR DEFAULT.**</u>

26.1     Company may, by written notice of default to Contractor terminate the whole or any part of the Agreement if:

26.1.1   Contractor or its Subcontractors fail to perform any of their obligations under the Agreement or fail to make progress so as to endanger timely completion of the Work, and Contractor does not cure such failure within five (5) business days after receipt of notice by Company, or provide a plan that is acceptable to Company, in the sole discretion of Company, to commence a cure within five (5) business days after receipt of notice and diligently and continuously pursue a cure thereafter;

26.1.2   Contractor breaches its obligations as set forth in of Article 17.2 (Contractor Warranties) or

26.1.3   Contractor is generally unable to pay its debts as they come due, or makes an assignment for the benefit of creditors; or Contractor applies for or consents to the appointment of any receiver, trustee or similar officer for it or for all or any substantial part of its property, or such a receiver, trustee or similar officer is appointed without the application or consent of Contractor, and such appointment continues undischarged for a period of thirty (30) days; or Contractor institutes (by petition, application, answer or otherwise) any bankruptcy, insolvency, reorganization, readjustment of debt, dissolution, liquidation or similar proceeding under the laws of any jurisdiction, or any such proceeding is instituted against Contractor.

26.2   In the event Company terminates the Agreement as provided in this Article 26, Company may at its option arrange for completion of the Work.  Contractor shall be liable to Company for all costs incurred by Company to cure Contractor's default, as well as indemnification of Company for third party costs, expenses and other damages of any kind or nature incurred by Company as a consequence of default by Contractor or its Subcontractors.

26.3   Unless otherwise stated in the notice, upon receipt of notice of termination for default, Contractor shall:

26.3.1   Immediately discontinue the Work or the relevant portion of the Work on the date and to the extent specified in the notice; and;

26.3.2   Place no further orders or subcontracts as to the Work, other than as may be necessary for completion of any such portion of the Work that is not terminated;

26.3.3   Make every reasonable effort to obtain cancellation upon terms satisfactory to Company of all orders and subcontracts to the extent they relate to the performance of the Work terminated;

26.3.4   As directed by Company, assist Company in the maintenance, protection and disposition of materials, supplies, property or the like acquired pursuant to the Agreement; and

26.3.5   Deliver to Company all Documents, Drawings, plans, specifications, data, estimates, summaries or other material and information whether completed or in process related to the Work.

26.4   If after delivery of notice of termination it is determined for any reason that Contractor was not in default, Contractor's sole remedy shall be the same as if Company terminated the Agreement for convenience pursuant to Article 25 of these General Conditions.

26.5   The rights and remedies of Company provided in this Article 26 shall be in addition to the rights and remedies provided at law or equity or otherwise under the Agreement.  No failure or delay on the part of Company in exercising any right shall operate as a waiver thereof.

27. **CONFIDENTIAL INFORMATION.**

27.1    The Parties shall maintain the confidentiality of all information secured from the other Party in connection with the Agreement.  Such confidential information of the other Party, which includes but is not limited to records, books, financial data, projections, and customer, employee and vendor information furnished to or by a Party, together with any analyses, compilations, studies, reports or other documents based in whole or in part upon such information, shall not be divulged to any third party and shall not otherwise be exploited commercially by the non-disclosing Party, except with prior written consent of the disclosing Party or as compelled by Applicable Law.  If either Party is or could be legally compelled to make disclosure of confidential information, the non-disclosing Party will notify the disclosing Party prior to making such disclosure and take all available steps to limit the effects of such disclosure and if possible, require the Parties to whom the information is disclosed to maintain the confidentiality of such information.

27.2    This Article 27 and the restrictions contained herein shall not apply to any data and documentation:

27.2.1   Which is in the public domain at the time it was disclosed or at any time thereafter;

27.2.2   Which was already known to the non-disclosing Party at the time of disclosure;

27.2.3   After three (3) years from the date of completion of any Work under this Agreement under which the Confidential Information was disclosed, unless (i) the restriction applies to a trade secret, in which case the restriction shall not expire, and/or (ii) is subject to a longer restriction by a Third Party, and/or (iii) it is "Critical Infrastructure Protection Information" as defined herein, in which case, the restriction shall not expire.;

27.2.4   Which is independently developed by the non-disclosing Party; or

27.2.5   Which becomes known to the Party from an independent source, where such source has not violated an agreement of confidentiality.

27.3    Notwithstanding the preceding, Company may disclose or otherwise make available such Contractor Confidential Information (i) to its attorneys, employees, agents and representatives, (ii) pursuant to Applicable Law, including, without limitation, court order, subpoena and regulatory rules or advice, and (iii) to a third party with whom Company contracts for maintenance, operation, training, modification, repair or consultation, provided that said third party agrees to be bound in writing by similar limitations on use and disclosure of such data as contained herein.  Company agrees to take all reasonable action by instruction to its employees who are permitted access to Contractor Confidential Information to satisfy its obligations under this Article 27.

27.4    Upon termination or expiration of this Agreement for any reason, each Party will return or destroy (at the other Party's choice) all Confidential Information owned by such other Party then in its possession (except to the extent such Party is required by law to maintain such Confidential Information) and, if applicable, provide a certification of such destruction; provided however that Company may retain Contractor's Confidential Information to the extent appropriate in connection with the use or operation of Goods or services provided by Contractor.

27.5    In addition to the requirements of Section 27.1 regarding Contractor's treatment of Confidential Information of Company, Contractor agrees that:

27.5.1   Company is a public utility subject to Federal Energy Regulatory Commission (FERC) standards of conduct rules regarding disclosure of non-public

transmission function information to its merchant function and marketing affiliate personnel (18 C.F.R. Part 358 effective November 26, 2008); and

27.5.2   If the Work involves the transmission assets of Company, Contractor will not reveal any non-public transmission function information to any Person employed by Company in a sales or marketing function of Company or by an energy affiliate (as those terms are defined in 18 C.F.R. Part 358).  Contractor shall strictly comply with any communication protocols established by Company to prevent the disclosure of non-public transmission function information with respect to the performance of Work; and

27.5.3   Contractor certifies on behalf of itself and its employees, agents and representatives that it and they are aware of the requirements of 18 C.F.R. Part 388.  Contractor further certifies that after diligent review of 18 C.F. R. Part 388, it has no reason to believe that it or any of its employees, agents or representatives who may be granted access to Confidential Information that is also Critical Energy Infrastructure Information would be restricted from access to such Critical Energy Infrastructure Information pursuant to 18 C.F.R. Part 388.

27.5.4   "Critical Energy Infrastructure Information" (CEII) as used in this Agreement means information that has been previously designated as CEII when filed with the FERC, or all information disclosed to Contractor or its representatives, by Company in connection with the Work, including information about proposed or existing critical infrastructure that: (i) relates to the production, generation, transportation, transmission, or distribution of energy; (ii) could be useful to a person in planning an attack on critical infrastructure; (iii) is exempt from mandatory disclosure under the Freedom of Information Act, 5 U.S.C. 552; and (iv) does not simply give the location of the critical infrastructure.  "Critical infrastructure" as used in this Agreement means systems and assets, whether physical or virtual, that are so vital to the United States that the incapacity or destruction of such systems or assets would have a debilitating impact on the security, national economic security, national public health or safety, or any combination of those matters.  Contractor agrees not to use CEII that is Confidential Information for purposes other than in connection with the Work.

27.6      In addition to the requirements of Sections 27.1 and 27.5 regarding Contractor's treatment of Confidential Information of Company, Contractor agrees that:

27.6.1   Company is a registered entity subject to North American Electric Reliability Corporation (NERC) mandatory electric reliability standard approved by FERC pursuant to Section 215 of the Federal Power Act, including NERC standards related to Critical Infrastructure Protection (CIP); and

27.6.2   If the Work involves work on or access to Company equipment designated by Company as a Critical Cyber Asset (CCA) as defined by NERC, or work on or access to areas containing one or more CCAs, Contractor shall be deemed a contractor or service vendor subject to Company's CIP compliance program.  Contractor shall comply with all CIP compliance protocols and procedures established by Company and applicable to Company Personnel related to CCAs and ESPs.  To the extent necessary, Company and Contractor may develop supplemental terms setting forth specific protocols or procedures applicable to Contractor and Contractor personnel prior to work on or access to Company CCAs.  To the extent necessary, Company and Contractor may develop supplemental terms setting forth specific protocols or procedures applicable to Contractor and Contractor Personnel prior to work on or access to Company CCAs or related information.  Such supplemental terms or protocols may include, but are not limited to, personnel risk assessments (PRAs), training, access controls, and information protection requirements.

27.6.3   Contractor shall notify Company within 72 hours if the assignment of Contractor or Subcontractor Personnel with access to a Company CCA or CCA Information through Company systems or facilities has changed, such that the Personnel no longer requires access to such Company CCA systems, information or facilities for any reason, including but not limited to change in job function, retirement or resignation; provided, however, that such notice shall be provided to Company within 12 hours (rather than 72 hours) in the event of an involuntary termination of service of any Personnel.

27.6.4   In the event the Applicable Law (NERC mandatory standard CIP-004-3, R4.2) governing these notification requirements is amended, with the effect of shortening any required notice periods, then Contractor shall provide the required notice to Company within one-half (1/2) the time required under the amended Applicable Law. For example, if the amended Applicable Law requires the Company to remove access to Company CCAs within 12 hours of an involuntary termination of service, then Contractor shall provide Company notice within six (6) hours of such involuntary termination.

27.6.5   For purposes of these Subsections 27.6.3 and 27.6.4 only, Contractor shall give the required notice by telephone to the Xcel Energy Security Operations Center (1-612-330-7842), to be followed up in an email writing to secopctr@xcelenergy.com.

## 28.   NOTICE OF CLAIMS AND LIENS.

28.1   Contractor agrees not to assert or pursue any claim against Company for damages of any kind or nature unless written notice thereof shall have been given to Company within ten (10) days after the occurrence giving rise to such damages.

28.2   In the event Company is notified in writing of a third party claim or claims arising from the Work performed by Contractor, Company shall notify Contractor of such claim or claims and Contractor shall appoint a representative who will have the authority to settle any claims, subject to the prior approval of any settlement terms by Company.  If Contractor fails to appoint a representative to settle such claims, Company shall have the right to make settlement thereof and charge the same to Contractor.

28.3   Contractor shall not allow lien claims, third party interests or any encumbrances to be (i) filed against Company, or (ii) placed upon the Work and/or Company property. Contractor further agrees to defend, indemnify, save and hold harmless Company from and against all such claims, damages and expenses, including liens of Subcontractors, laborers, equipment suppliers, service providers and other persons or entities arising out of, resulting from or in any way connected with the Work performed (or omitted to be performed) under or pursuant to this Agreement, including any Purchase Order(s), Work Order(s) or Release(s).  If a lien or encumbrance has been filed or noticed, Contractor shall bond-over the lien or encumbrances not later than the earlier of five (5) days after the lien or encumbrance has been filed or notice has been received.  If Contractor chooses to bond-over the lien or encumbrance, the amount of the bond shall not be less than one hundred fifty percent (150%) of the claim.   Any such bond shall survive the termination or expiration of the Agreement.  Contractor will furnish, when requested by Company, written evidence that all claims, bills, payrolls, costs, taxes and other indebtedness, incurred in connection with the Work, have either been paid in full or bonded-over, including, without limitation, releases or waivers of all liens and claims of Contractor, its Subcontractors and laborers.  If any liens, claims or other encumbrances are outstanding against Contractor or Company as a consequence of the Work, Company may retain from money due Contractor sufficient amounts to indemnify and hold Company harmless.

**29.**     **INDEMNITY.**

29.1     Contractor agrees to defend, indemnify, save and hold harmless Company, its officers, directors, employees, representatives and agents, against all third party claims and liability, to the fullest extent allowed by Applicable Law, including but not limited to reasonable attorneys' fees, settlement fees, costs of investigation and defense arising out of, or in any way connected with the Work or Contractor's (and all of its Subcontractors') negligent performance, wrongful act(s) or omission(s) or breach of performance under and pursuant to the Agreement and any Purchase Order(s), Work Order(s) or Release(s), whether or not materials, equipment or property were or are owned by Company. Contractor's indemnification obligations shall include, without limitation, claims, damages, penalties, forfeitures, suits, losses, and/or demands arising from (i) claims by third parties for loss or damage to property or personal injuries, including death; (ii) claims for remediation of natural resources damage other environmental response costs of any kind; and (iii) claims for any violation of Applicable Law, arising out of, in any way connected with, or resulting from the Work.  Without limiting the generality of the foregoing, claims for which Contractor may be or is alleged to be liable shall apply to the indemnity provisions hereof.  Liability caused by the solely negligent or intentional acts of Company, its officers, employees or agents shall be the responsibility of Company but only to the extent of that liability.  The indemnification obligations hereunder are not limited by insurance coverage.

**30.**     **INFRINGEMENT.**

30.1     Royalties and fees for patents, trademarks, copyrights or trade secrets related to designs, materials, articles, apparatus, devices, equipment or processes and the like ("Design(s)") used in or created pursuant to the Agreement, are included in the Agreement price. Contractor shall, at its own expense, hold harmless and defend Company against any claim, suit or proceeding brought against Company which is based upon any claim that manufacture, sale or use of any such Design, material, article, apparatus, device, equipment or process, or any part thereof, constitutes an infringement of any patent, trademark, copyright or trade secret or any other proprietary right of a third party, and Contractor shall pay all defense costs and damages and costs awarded against Company, including attorneys' fees resulting therefrom.

30.2     If any Design(s), or any part thereof, is found to constitute infringement and/or its use is enjoined, Contractor shall, at its own expense, subject to the following provisions, either: (i) procure for Company an irrevocable, royalty-free license to continue Company's use of the Design(s), (ii) with Company's prior written approval, replace the same with equal but noninfringing Design(s), or (iii) with Company's prior written approval modify the Design(s) so it becomes noninfringing, provided that no such replacement or modification shall in any way amend or relieve Contractor of its obligations set forth in the Agreement, including these General Conditions.

30.3     Notwithstanding any proprietary legends or claims of copyright, Company may copy or reproduce documents and information furnished by Contractor and distribute such copies or reproduction to others in connection with the Project.  Contractor is responsible for obtaining necessary permission and releases from any third parties and shall, at its own expense, hold harmless and defend Company against any and all claims, suits or proceedings based upon any claim that a proprietary right or copyright has been infringed.

**31.**     **LIMITATION OF LIABILITY.**

31.1     In no event shall Company be liable to Contractor for any special, incidental, indirect, punitive or consequential loss or damage whether or not such loss or damage is caused by the fault or negligence of Company, its employees, or agents.  Company's liability on any claim of any kind for any loss or damage arising out of or in connection with or

resulting from the Agreement or from performance or breach thereof shall in no case exceed the dollar amounts paid under approved invoices to Contractor by Company.

31.2    In no event shall Contractor be liable to Company for any special, indirect or consequential loss or damage whether or not such loss or damage is caused by the fault or negligence of Contractor its employees, agents or Subcontractors.  This exclusion of liability for special, incidental, indirect, punitive or consequential loss or damage applies to loss of profits or revenue, cost of capital, loss of use of equipment or facilities, cost of purchased or replacement power or claims of customers due to loss of service.  This exclusion does not apply to breaches of obligations set forth in Articles 27, 35, 36 and 37, claims requiring indemnification under Articles 29 and 30 of these General Conditions or to Contractor's liability to Company pursuant to Section 17.4 above, or if the Agreement is terminated by Company for default pursuant to the Agreement, including Article 26 of these General Conditions.

31.3    Contractor shall not be liable to Company for damages that exceed twice the total value of the Work plus any applicable Change Orders.  This limitation of liability does not apply to damages due to claims of:

31.3.1  indemnification per Articles 29 and 30 of these General Conditions;

31.3.2  loss or damage for breach of the Agreement pursuant to a termination for default under or pursuant to Article 26;

31.3.3  breaches of confidentiality set forth in Article 27;

31.3.4  damages as a result of a Contractor Security Breach directly resulting in an unauthorized acquisition and/or misuse of CIP Information (provided that to the extent a breach is caused in part or in whole by Company, then the respective losses and damages will be apportioned between Contractor and Company on a contributory basis);

31.3.5  breach of Offshore Work and Data Transfer obligations set forth in Article 35;

31.3.6  breach of warranty; or

31.3.7  breach of Contractor's obligation not to process Personal Data under Article 37.

## 32.    **GOVERNING LAW; DISPUTES.**

32.1    The Parties agree that all disputes arising out of the Agreement shall be subject to this Article 32.  The internal laws of the following state(s), without regard to conflicts of laws provisions, indicated below govern the Agreement and any action brought with respect to the Agreement shall be brought in the corresponding location designated:

32.1.1  Minneapolis, Minnesota – for contracts between (i) Contractor and Northern States Power Company (Minnesota), or (ii) Contractor and Xcel Energy Services Inc.

32.1.2  Denver, Colorado – for contracts between Contractor and Public Service Company of Colorado.

32.1.3  Amarillo, Texas – for contracts between Contractor and Southwestern Public Service Company.

32.1.4  Eau Claire, Wisconsin – for contracts between Contractor and Northern States Power Company (Wisconsin).

32.2   The Parties hereby disclaim the application of the United Nations Convention on Contracts for the International Sale of Goods (1980).

## 33.   INDEPENDENT CONTRACTOR.

33.1   The Parties expressly agree that Contractor is an independent contractor and is not an employee, partner or joint venturer of Company.  Contractor shall (i) exercise its independent professional judgment in the performance of the Agreement, and (ii) supply the manner and means of performance of the Work hereunder.  Contractor, its Subcontractors and their respective employees, agents and other representatives shall not have the right to represent or bind Company in any manner.

33.2   Contractor and its Subcontractors are directly and solely responsible for the safety of their respective agents, employees and other representatives.  Company in no way assumes any of the duties, obligations or liabilities attributed to Contractor under the Agreement.  Contractor shall immediately report via telephone and in writing to a Company representative all accidents in connection with the Work that result in death, personal injury, or property damage.

33.3   Any and all agents, employees and Subcontractors of Contractor provided to perform the Work shall be the agent, employee or Subcontractor of Contractor.  Contractor shall be solely responsible for the wages, salary, overtime, taxes, benefits (if any) and any and all other payments or benefits owed to an agent, employee or Subcontractor of Contractor for Work provided under or pursuant to the Agreement.  No Contractor's employee shall be entitled to any retirement, welfare, fringe or other benefit provided by Company to its employees.

33.4   If for any reason an investigation is conducted or a proceeding commenced by any Governmental Body, the purpose of which is to determine whether for any reason a Contractor's employee is an employee of Company, Contractor shall assist and cooperate with Company in preparing a response to or defending against, as the case may be, any such investigation or proceeding or the appeal of any such investigation or proceeding.  Contractor shall reimburse Company for any and all reasonable costs Company incurs in the preparation and presentation of its response to any such investigation or proceeding; provided, however, that Contractor shall not be responsible for such costs to the extent such costs are caused by a breach by Company of the Agreement.

33.5   If it is determined by a Governmental Body that a Contractor's employee is an employee of Company and Company elects not to appeal such determination or such determination shall not be appealable, Contractor shall reimburse Company for any damages or costs or penalties of any kind which Company is ordered to pay by the Governmental Body. The Parties further agree that if a Governmental Body determines that a Contractor's employee is an employee of Company, such Contractor's employee shall be considered to be an employee of Company only and solely to the extent set forth in the determination of the Governmental Body and for no other purpose.

## 34.   ASSIGNMENT AND SUBCONTRACTING.

34.1   Contractor shall not assign the Agreement, or any part thereof, nor delegate in whole or in part, its responsibilities hereunder, without the prior written consent of Company. Unless otherwise agreed to in writing by Company, no assignment will release or discharge Contractor from any obligations under the Agreement.

34.2   Contractor may not subcontract its responsibilities under the Agreement without the prior written permission of Company.  To the extent Company agrees to allow Contractor to subcontract any portion of the Work, Contractor shall ensure that all Subcontractors are bound by the terms of the Agreement, including these General Conditions, in a writing

executed by Contractor and Subcontractor.  Company shall be and is an intended third party beneficiary of any Subcontractor agreement.  Any delegation of the Work through subcontracting shall not relieve Contractor of its responsibilities under the Agreement nor result in extra cost or liability to Company.

35.  **OFFSHORE WORK AND DATA TRANSFER.**

35.1  Contractor shall not perform the Work (i) in locations outside the United States ("Offshore Locations"), or (ii) by Personnel, agents or Subcontractors located outside the United States (collectively "Offshore Personnel") or who are Foreign Nationals, without first obtaining the Company's prior written consent.  Contractor shall not (i) transfer the Company's Confidential Information to Offshore Locations, or (ii) access the Company's Confidential Information or Company systems from Offshore Locations and/or by Offshore Personnel, without first obtaining the Company's prior written consent.  All requests for consent shall (i) be in writing, (ii) identify the Offshore Personnel and specify the relevant Offshore Locations, and (iii) be sent to the Company representative listed in the Notice Section of the Agreement.  Any written consent issued by the Company shall only apply to the identified Offshore Personnel and specified Offshore Locations.  Any desired changes of Offshore Personnel or Offshore Locations shall require a new consent from Company.  The Company's consent may be conditioned on Contractor complying with additional and/or different terms (e.g. additional security screening).

35.2  For purposes of this Section 35, a "Foreign National" is any person who is not: (a) a citizen of the United States; (b) a permanent resident of the United States having a permanent residence card (Green Card), or (c) a political refugee, political asylum holder or other person protected under Applicable Laws.

36.  **SECURITY BREACH NOTIFICATION - CONFIDENTIAL INFORMATION.**

36.1  **Security Breach**.  Contractor will notify Company promptly, but in no event later than forty-eight (48) hours of any actual or reasonably suspected Security Breach, by calling Company's Security Operations Center at (612) 330-7842 and transmitting a written follow-up to such oral notice no later than three (3) days thereafter.  Each Party will provide all necessary and reasonable cooperation to the other with respect to the notification, investigation, and prosecution of the Security Breach.  Unless attributable wholly and directly to Company, Contractor will promptly (i) take all reasonable measures to remediate any such Security Breach, (ii) provide Company a written report describing the actions Contractor has taken to remediate the Security Breach, (iii) provide Company a written plan identifying the measures Contractor will implement to avoid any subsequent Security Breach of a similar nature, and (iv) comply with all confidentiality, security and other laws as may be applicable to the use, unauthorized access, confidentiality, and security of any Confidential Information subject to the Agreement, and procedures relating to the foregoing.  Notwithstanding the foregoing, Contractor is permitted to comply with all Applicable Laws to which it is subject.

36.2  **Audit and Verification**.  Contractor will provide reasonable cooperation to Company (and any governmental authorities with jurisdiction in connection with an audit requested by Company) to audit and verify Contractor's data security systems and procedures in order to confirm Company's and Contractor's respective and collective compliance with its obligations in this Section and with Applicable Law.

37.  **PERSONAL DATA.**

37.1  Contractor shall not collect, store, use, disclose, dispose of or otherwise process Personal Data in connection with performing any Work unless specifically authorized by Company in writing.

**38.   EQUAL EMPLOYMENT OPPORTUNITY.**

38.1   The Diversity Requirements For Contracts, attached hereto as Attachment 1, are hereby incorporated into these General Conditions.

**39.   THIRD PARTY BENEFICIARIES.**

39.1   Except for the third parties described or named in the Agreement, including these General Conditions, no provision of the Agreement shall in any way inure to the benefit of any third person so as to make any such person a third party beneficiary of the Agreement or of any one or more of the terms of these General Conditions.

**40.   PUBLICITY.**

40.1   Contractor shall not make any announcement or release any information, publicity or photographs concerning the Agreement or the Project or any part thereof to any member of the public, press or any official body, unless prior written consent is obtained from Company.

**41.   HEADINGS.**

41.1   Article headings and titles are included for the convenience of the Parties and shall not affect the meanings of the terms or conditions hereof.

**42.   SEVERABILITY.**

42.1   In the event any words, phrases, clauses, sentences or other provisions hereof are invalid or violate any Applicable Law, such offending provision(s) shall be ineffective to the extent of such violation without invalidating the remainder of the Agreement, and the remaining provisions of the Agreement shall be construed consistent with the intent of the Parties hereto as closely as possible, and the Agreement, as reformed, shall be valid, enforceable and in full force and effect.

**43.   SURVIVAL.**

43.1   In the event of termination or expiration of the Agreement, the following sections (in their entirety) and subsections of these General Conditions shall survive any such termination or expiration:  Articles 8.4 (Quality Management), 17 (Contractor Warranties), 18 (Insurance), 21 (Right to Audit), 22 (Taxes), 23 (Bonds/Letters of Credit), 27 (Confidential Information), 29 (Indemnity), 30 (Infringement), 31 (Limitation of Liability), 32 (Disputes), 35 (Offshore Work and Data Transfer), 36 (Security Breach Notification – Confidential Information), 37 (Personal Data), 39 (Third Party Beneficiaries), 40 (Publicity), 41 (Headings), 42 (Severability), 43 (Survival) and 44 (Entire Agreement and Waiver).

**44.   ENTIRE AGREEMENT, WAIVER AND AMENDMENT.**

44.1   The Agreement constitutes the entire and sole agreement between the Parties concerning the subject matter of the Agreement and all prior negotiations, representations, understandings or agreements are not part of the Agreement and shall have no force or effect.  Any waiver by either Party of any provision or condition of the Agreement must be in writing and signed by the Party to be bound.  No such waiver shall be construed or deemed to be a waiver of any other provision or condition of the Agreement, nor a waiver of subsequent breach of the same provision or condition.

44.2   The Agreement may not be amended except by written agreement between the Parties.

**[The remainder of this page has been intentionally left blank]**

## ATTACHMENT 1:  DIVERSITY REQUIREMENTS FOR CONTRACTS

**Section I:  General Obligations**

Contractor acknowledges that Company, as a government Contractor, is subject to various orders and regulations regarding equal opportunity and affirmative action.  These federal, state, and local orders and regulations may also be applicable to Contractor and that all applicable equal opportunity and affirmative action requirements (the "Requirements") shall be incorporated herein as required by Applicable Laws.

Contractor acknowledges that Company prohibits discrimination on the basis of race, color, religion, sex, national origin, actual or perceived sexual orientation or gender identity of an individual, or physical or mental disability, in terms of both employment and procurement opportunities. Company values diversity among its customers, employees, and suppliers.

Contractor acknowledges that Company may require related good faith efforts regarding equal opportunity and affirmative action requirements.  Contractor agrees to comply with all of the Requirements and to incorporate the Requirements in its own agreements to the extent required by law and Company guidelines.

Contractor acknowledges and agrees that its failure to comply with the Requirements and good faith efforts outlined within may result in an order by or from any Governmental Body or authorized company contracting agent barring Contractor from continuing to perform work pursuant to government contracts or subcontracts.  The entry of any order barring Contractor from performing work pursuant to a government contract shall constitute a default of this Agreement.

In addition, Contractor shall inform Company within seven (7) days of receiving an order to show cause from any governmental entity or authorized company contracting agent relating to any issue between Contractor and that entity regarding the applicability of the Requirements to Contractor (an "Enforcement Event").  This Agreement shall be terminable, in Company's sole discretion, upon notice to Contractor, any time after Company receives notice of an Enforcement Event unless Contractor, prior to receiving the notice of termination, either (a) enters into a formal agreement with the governmental entity or authorized company contracting agent resolving the issue or (b) obtains a final decision that the Requirements are not applicable to Contractor.

Contractor shall be responsible for all company reporting requirements related to the supplier Diversity Program.  These reporting requirements include completion of the Subcontracting Utilization Report for all contracts greater than $100,000 and the Small Business Subcontracting Plan for all contracts greater than $500,000 for goods and services contracts and $1,000,000 for construction contracts.  In addition, Contractor shall submit in a timely manner reporting documents certifying utilization performance.

**Section II: Clauses Incorporated by Reference**

Pursuant to 48 C.F.R. Section 52.252-2, this Agreement incorporates one or more clauses by reference and excerpts, with the same force and effect as if they were given in full text.  Upon request, Company will make their full text available.

Company is an Equal Opportunity Employer and complies with Executive Orders 11246, 13496, and 13672 and hereby provides notice of its compliance with FAR 52-222-26, 29 CFR Part 471, Appendix A to Subpart A, 41 C.F.R. 60-1.4, 41 C.F.R. 60-250.5, 41 C.F.R. 60-741.5, 48 C.F.R. 52-219-8: Utilization of Small Business Concerns, 48 C.F.R. 52-219-9: Small Business Subcontracting Plan, 48 C.F.R. 52.219-10: Incentive Subcontracting Program, 48 C.F.R. 52.222-21: Prohibition of Segregated Facilities, 48 C.F.R. 52.222-22: Previous Contracts and Compliance Reports, 48 C.F.R. 52.222-23: Notice of Requirement for Affirmative Action To Ensure Equal Employment Opportunity for Construction, 48 C.F.R. 52.222-24: Preaward On-Site Equal Opportunity Compliance Evaluation, 48 C.F.R. 52.222-25:  Affirmative Action Compliance, 48 C.F.R.52.222-26: Equal Opportunity, 48 C.F.R. 52.222-27: Affirmative Action Compliance Requirements for

CY3onstruction Services Agreement

Construction, 48 C.F.R. 52.222-29: Notification of Visa Denial, 48 C.F.R. 52.222-35: Equal Opportunity for Veterans, 48 C.F.R. 52.222-36: Affirmative Action for Workers With Disabilities, 48 C.F.R. 52.222-37: Employment Reports on Veterans, 48 C.F.R. 52.222-38: Compliance with Veterans' Employment Reporting Requirements, and 48 C.F.R. 52.222-40: Notification of Employee Rights Under the National Labor Relations Act, which are hereby incorporated by reference.

**This Company complies with the requirements of 41 CFR 60-1.4(a), 60-300.5(a) and 60-741.5(a). These regulations prohibit discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their race, color, religion, sex, or national origin. Moreover, these regulations require that covered prime contractors and subcontractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, national origin, protected veteran status or disability.**

# Exhibit B - Special Conditions for Construction Services

1. **GENERAL**

These Special Conditions are non technical in nature and shall supplement the "General Conditions For Construction Contracts For The Operating Companies of Xcel Energy, Inc." in the administration and regulation of the Work performed under these specifications.

2. **SUPPLEMENTAL DEFINITIONS**

Supplementing Article 1 "DEFINITIONS" of the General Conditions , these additional words, phrases, or other expressions used in the contract documents shall have meanings as follows:

a.   "Date of contract", or equivalent words, shall mean the date written in the Contract Agreement.

b.   General Conditions shall mean "General Conditions For Construction Services Agreement (Rev. 4.0 03/12)".

c.   "Day" or "days", unless herein otherwise expressly defined, shall mean a calendar day or days of 24 hours each.

d.   "Drawings" or "plans" shall mean all (a) drawings furnished by the Company as a basis for proposals, (b) supplementary drawings furnished by the Company to clarify and to define in greater detail the intent of the contract drawings and specifications, (c) drawings submitted by the successful Bidder with this proposal, provided such drawings are acceptable to the Company, (d) drawings furnished by the Company to the Contractor during the progress of the work, and (e) engineering data and drawings submitted by the Contractor during the progress of the work, provided such drawings are acceptable to the Company.

e.   "Company" shall mean any or all of the operating companies listed below:

   Public Service Company of Colorado

f.   "Company Engineer" means the engineer (or engineers) selected and designated by Company for the Project, who may be a Company employee or independent contractor. "Company Engineer" may also mean the Project Manager.

3. **APPLICATION.**

Wherever in the General Conditions and other documents bound herewith, the terms "the contract", "this contract", or "contract agreement" appear, these terms are understood to mean and be interchangeable with the term "General agreement". Likewise the terms "contract amount" and "contract sum" shall mean and be interchangeable with the term "purchase order amount".

**4.**     *AUTHORITY OF THE COMPANY/COMPANY ENGINEER.*

The Company's representative will direct and coordinate all Project contracts except those activities specified elsewhere in these contract documents to be directed and coordinated by the Company Engineer.  The Company or the Company Engineer at all times shall have reasonable access to the work or the shops of the Contractor for inspection of the work or any part thereof.  Except as otherwise specified in these contract documents, the Company Engineer shall make all explanations and directions which shall be necessary to the performance of the work required, including interpretation of documents; however, the Contractor's right of arbitration shall apply to all decisions and directions of the Company Engineer.

**5.**     *EMERGENCY RESPONSE AND NOTIFICATION.*

In an emergency affecting safety, the Work or the adjoining property, Contractor, without special instruction or authorization from Company, will act at its discretion to prevent loss or injury.

Compensation for emergency work performed or actions taken but not arising from Contractor's negligence or misconduct may be claimed by Contractor pursuant to this Agreement and paid at Company's reasonable discretion.

In the event one of Company's utility systems is damaged during the Work, including but not limited to, natural gas lines, electric or steam facilities, Contractor shall immediately notify Company Representative.  Contractor shall immediately report any release or possible release of potentially hazardous or known hazardous substances.  Release includes spilling, leaking, emptying, or other discharge into the environment.  Contractor shall act to contain any such release in accordance with all applicable laws and the provisions of this Agreement.  Repairs to the damaged system shall be made by Contractor at the direction of Company Representative unless exigent circumstances require otherwise.

**6.**     *REPEATED FAILURES.*

Contractor agrees to use all reasonable efforts to determine the cause of Repeated Failures, defined to be more than two failures (of a component, subassembly, assembly, or group) during the warranty period.  Unless Contractor can prove to the reasonable satisfaction of Company that Repeated Failures are not the result of Contractor's Work, Contractor shall refund the amount of compensation paid to Contractor in an amount sufficient to allow Company to repair or replace that portion of the Work affected by the Repeated Failure.

**7.**     *PROJECT MANAGEMENT.*

The coordination of all field construction will be under the direction of the Company, who will be responsible for coordinating work between various contractors and for resolving any conflicts between contractors regarding scheduling or coordination.  The Contractor shall be responsible for coordinating the activities of its subcontractors and employees.

Scheduled meetings of the Company and all contractors at the site will be held at the time and place designated by the Company.  The purpose of these meetings will be for the scheduling and coordination of the Contractor's work within the requirements of the

overall project.  In the event conflicts arise between contractors concerning scheduling or coordination, the Company will make the final decision resolving the conflict.  The Contractor's superintendent shall attend each scheduled meeting.

The Company will not be responsible for the assignment of personnel, or obtaining materials or supplies, or for any other services to the Contractor except the coordination of work between contractors and as specifically set forth in the contract documents.

**8.     COOPERATION WITH THE COMPANY.**

The Contractor shall plan its work so as not to interfere with Company's operations. Construction work which affects the operation of the Company's system facilities shall be scheduled to be performed only at times acceptable to the Company.

In the event that it is necessary to either interrupt the power supply or to impose abnormal operating conditions on the Company's utility system, such procedure must be acceptable to the Company and a complete understanding and agreement must be reached by all parties concerned well in advance of the time scheduled for such operation.  Such understanding shall be definite as to date, time of day, and length of time required.

All work shall be scheduled to suit the Company's convenience, taking into consideration the facilities and requirements at all times during construction.

**9.     WORK MANAGEMENT SYSTEM.**

Company will utilize the Passport Work Management System to enable the Work on the project to be planned and presented in an orderly and expeditious manner, to assist the Contractor in coordinating its Work, to determine completion status, and to evaluate progress.

**10.     EXTENSIONS OF TIME.**

Supplementing the requirements of Article 10 - "SCHEDULING", of the General Conditions, the failure of Company-furnished materials to arrive as scheduled , or the failure of other construction contractors to meet their schedule, shall not be justification for an extension of time, except where such failure causes, in the opinion of the Company, an actual delay in the Contractor's work.

**11.     PURCHASE ORDERS.**

The Contractor shall submit two copies of each purchase order for all materials and equipment furnished under these specifications to the Company for incorporation into the permanent construction records.  Each purchase order shall indicate the vendor's name, manufacturer's name, materials, type, size, quantity, and requested delivery date of the material and equipment ordered.  The purchase order copies shall be submitted to the Company before or at the time when they are issued to the vendor.  Changes to the purchase orders shall also be submitted in accordance with the above requirements.

**12.     MANUFACTURER'S INSTRUCTIONS.**

All manufactured materials herein specified or shown on the drawings shall be installed or applied in accordance with the directions of the manufacturer unless specifically designated otherwise in the specifications or on the drawings.

**13.    FINAL PAYMENT-PAYMENT WITHHELD.**

Supplementing the requirements of Article 20 - "PRICE AND PAYMENTS", Company may require final payment to be in accordance with the following;

After official acceptance of the work by the Company, the Contractor shall prepare and submit to the Company a final estimate of the work done under this Contract.  The final estimate shall not be prepared until the requirements of Article 28 - "LIENS" of the General Conditions, have been met and a Release of Surety has been received by the Company if the work has been bonded.  The Company will, within 30 days thereafter, pay the entire balance due after deducting all amounts to be retained under any provision of this Contract.

Company may withhold payment of the whole or part of any sum due to or claimed by Contractor to such extent as may be necessary to protect itself from loss on account of:

A.  Defective Work not remedied or guarantees or warranties not met.
B.  Failure of Contractor to make payment properly to its subcontractor(s) or subsupplier(s) for labor or material.
C.  Reasonable doubt that the Agreement can be completed for the balance unpaid.
D.  Damage or injury to others involved in or around the Work which damages are caused by the negligent acts or omissions of Contractor.

When the above grounds are removed, to the satisfaction of Company, payment without interest shall be made for the appropriate amounts.

**14.    REFERENCE STANDARDS.**

Reference to the standards of any technical society, organization, or association, or to the laws, ordinances, or codes of governmental authorities shall mean the latest standard, code, or specification adopted, published, and effective at the date of taking bids unless specifically stated otherwise in these specifications.

The specifications, codes, and standards referenced in these specifications (including addenda, and amendments,) shall govern in all cases where references thereto are made.  In case of conflict between the reference specifications, codes, or standards and these specifications, the most stringent requirements shall apply to the extent of such differences except in the case where these specifications acknowledge an exception to a referenced specification, code, or standard.  In all but the latter cases, the Contractor shall notify the Company Engineer of conflicts between referenced specification, codes, or standards and these specifications.

**15.    GOVERNING DIMENSIONS.**

Dimensions and elevations indicated on the drawings shall be accurately followed even though different from scaled measurements.  No work indicated on the drawings, the dimensions of which are not indicated, shall be executed until necessary dimensions have been obtained from the Owner.

**16.    DRAWINGS AND SPECIFICATIONS.**

The Company will furnish the Contractor 3 sets of the drawings including revisions thereto and 3 copies of the specifications.  Additional sets of drawings and revisions thereto and additional copies of specifications may be obtained upon written request to the Company at no charge to the Contractor.  All drawings and specifications shall be returned to the Company upon completion of the work.

**17.   *CONTRACTOR CHECK OF DRAWINGS AND SCHEDULES.***

The Contractor shall check all dimensions, elevations, and quantities indicated on the drawings and schedules furnished to him by the Company. The Contractor shall notify the Company of any discrepancy between the drawings and schedules and the conditions at the site, or any error or omission in drawings, or in the layout as given by stakes, points, or instructions, which it may discover in the course of the work.  The Contractor will not be allowed to take advantage of any error or omission in the drawings or contract documents.  In the event a discrepancy is discovered, Contractor shall suspend all affected work until such discrepancies have been corrected or until appropriate instructions are furnished by the Company, upon which the Contractor shall carry out such instructions as if originally specified.

Full instructions will be furnished by the Company should such error or omission be discovered, and the Contractor shall carry out such instructions as if originally specified.

**18.    *MATERIAL DELIVERY, HANDLING AND RECEIVING..***

Material Furnished by Company:

Company ordered material shall be delivered to Contractor at a location designated on the Purchase Order/Work Order unless otherwise agreed by Contractor and Company. Locations shall be Contractor owned or leased sites in the Denver metropolitan area.

Unless otherwise agreed between the Parties, Company or Company's third party logistics integrator ("LI") shall deliver the materials per the schedule of the Purchase Order/Work Order.  If the Contractor needs to request an alternative delivery requirement, Contractor shall contact Company to establish an alternative schedule. As required, Company or LI shall be responsible for contacting Contractor to coordinate delivery to the site.

Contractor agrees to unload promptly all material furnished by Company, and to reimburse  Company for any charges for demurrage, storage or other charges incident to Contractor's failure to promptly unload the material upon delivery.

Contractor may be required to self unload material upon delivery.  Determination of whether Contractor will self unload shall be agreed upon between Company/Company's LI and Contractor when the delivery schedule is set up.

Contractor shall provide secured storage for Company furnished material and is responsible for Risk of Loss and damage while the material is in its care and custody.

All material furnished by Company shall be checked promptly by Contractor for quantity and condition prior to acknowledging receipt for deliveries.  Receipt shall be documented by Contractor signing the bill of lading at time of delivery and packing slips upon inspection of delivery.  All documentation shall be sent to Company's representative, within twenty four (24) hours of delivery.  Any discrepancies shall be documented on the packing slip by Contractor at time of material inspection and prior to providing receipt documentation to Company.  Should any damage or discrepancy be detected after delivery and return of the documents to Company's representative,

Contractor shall notify Company as soon as the damage or discrepancy is detected. Lack of inspection by Contractor shall not relieve it of the obligation to return defective material as Company's representative may direct.

Upon completion of the Work, Contractor shall identify on a copy of the material request, items and quantities of material for return along with return reason and send it to Company's representative.  All returns of material shall be completed within ten (10) business days of completion of the Work and be directed to a location as instructed by the Company representative.  Notwithstanding the foregoing, for longer projects, Contractor shall return materials by segment completion or MR completion as in accordance with Company procedures.  Material not returned in the allotted timeframe will be charged to Contractor.

Contractor shall store and/or stage material in a manner that will cause the least interference with the normal use of the land affected by the right-of-way throughout the project.

Company shall provide material delivery, handling and receiving procedures in Contractor's work packet.

Material Furnished by Contractor:

Contractor shall furnish and supply all equipment necessary to provide the services and complete the Work unless specifically set herein as being provided by Company Contractor shall supply all miscellaneous material (i.e. consumables) necessary to complete the Work under this Agreement unless specifically set herein to be provided by Company.  These costs are included in Contractors quoted costs.
All materials/equipment furnished by Contractor shall conform to Company's specifications/requirements.

Material Attrition:
Contractor is responsible for all material attrition associated with the Work and as such will be billed for that material.  Material attrition will be accounted for at the end of the Work after decrementing the material usage to complete the Work from the material returned after completion.
Miscellaneous
Contractor shall provide a single point of contact to coordinate with Company supply chain personnel

**19.     *SUBSTITUTION OF MATERIALS.***

The drawings and specifications generally refer to particular items of manufacturers by using types, trade names, or similar references.  The use of such references is intended to establish the minimum standards of design, function, quality, and appearance.

The intent is to permit competition on qualified materials by qualified contractors, suppliers, and manufacturers whose products and performance warrant the approval of the Company for the conditions and intent of design and performance considerations of this project.  It is mandatory that all Bidders comply with procedures and conditions herein specified.

The term "or approved equal as determined by the Company Engineers" shall be implied throughout, subject to "prior approval" conditions herein specified.  Where the words "or equal", "equal to", "as selected", "approved", "approved make", or other synonymous terms are used, it is expressly understood this shall mean the Companies approval.  Approval or rejection of a proposed substitution or deviation may be based

on any of the facts, which establish the measure of quality, and the determination may or may not express reason for the decision at the Companies option.  It is specifically understood that approval or rejection of any substitution or deviation proposed by a Bidder is vested in the Company.

Where two or more manufacturers, dealers, products, materials, or similar designations are specified, the Contractor has its option of which to use, provided the item meets all requirements of specifications and design of the material or product used as a base specification.  the Company Engineers reserve the right to approve or disapprove deviations of design, function, construction, or similar differences that may be present or proposed in an alternate product from that which is used as a basis for the specification.

Where one particular material, product, assembly, or equipment is specified or called for by drawings, manufacturer, type, trade name, or similar identification, Contractor (prime or sub) obligates itself to use such items and provide it for the work, unless a substitution is duly approved in an addendum.

Requests for substitution of materials, products, etc., other than what is specified must be received by the Company in writing at least seven (7) days prior to project start date. Requests received after this time will not be reviewed or considered, regardless of cause.  Requests shall clearly describe the item for which approval is requested and shall be accompanied by the manufacturer's literature, specifications, drawings, cuts, performance data, or other information necessary to completely describe the item.

Each Contractor, sub-contractor, or manufacturer agrees that if its proposed substitution is approved and subsequently used in the work, it shall assume all cost incurred on account of additional work and changes required to incorporate its product into the project including all such work and changes performed under other contracts.

### 20.   EQUIPMENT.

Contractor's equipment shall be serviceable and shall be kept in good, safe operating condition.  Contractor agrees that performance or inspection of equipment shall not be probative in any dispute over the quality of work performed with that piece of equipment.  Although Company does not hereunder lease, hire or rent such equipment and shall exercise no rights, power, dominion or control over such equipment, if in the opinion of Company Representative, the condition of any piece of equipment is such that it would adversely affect the workmanship of the completed job, safety to Company personnel, or unduly retard progress, it shall be repaired or replaced with equipment satisfactory to Company Representative.

All equipment will be listed on the Equipment Rate Schedule or Change Order.

Contractor shall identify itself on all equipment owned.  The identification shall include Contractor's name, and may, at Company discretion, include local phone number where Contractor can be reached, (via staffed office, answering machine, answering service, etc.) during business hours.

At Company's discretion, Contractor may be allowed to park and/or store equipment, tools, materials, or any other items owned, leased, or rented by Contractor at Company facilities.  The fact that  Contractor has been allowed to park and/or store equipment, tools, or materials at Company's facilities, does not constitute or imply that Company is responsible for the safeguarding of said Contractor owned, leased, or rented equipment, tools or materials.  Contractor shall hold Company harmless from loss, damage, or destruction of such equipment, tools, or materials in the possession of

Contractor, when such materials is properly stored and secured within the fenced areas of Company facilities.

**21.     METHODS OF FIELD OPERATION.**

The Contractor shall inform the Company in advance concerning its plans for carrying out each part of the field work.  Review by the Company of any plan or method of work proposed by the Contractor shall not relieve the Contractor of any responsibility therefore, and such review shall not be considered as an assumption of any risk or liability by the Company or any officer, agent, or employee thereof.  The Contractor shall have no claim because of the failure or inefficiency of any plan or method so reviewed.

Any method of work suggested by the Company, but not specified, shall be used at the risk and responsibility of the Contractor, and the Company will assume no responsibility therefore.  the Contractor alone shall be responsible for the safety, adequacy, and efficiency of its equipment and methods.  This requirement will apply continuously and not be limited to normal working hours.

**22.     CONTRACTOR'S SUPERVISION AT THE SITE.**

The Contractor shall furnish adequate management, supervisory, and technical personnel on the site to ensure expeditious and competent handling of the work.

The Contractor's field organization shall include an experienced staff of qualified technical personnel to handle onsite contract administration, engineering, planning/scheduling, safety and inspection requirements, and direction of all field work. The field organization shall also include a staff to handle time-keeping, employment, accounting, purchasing and expediting, stores and warehouses, stock and tool rooms, and security.

If it becomes necessary to remove any of the Contractor's personnel, or if any of the field organization positions become vacant during the course of the work, replacements acceptable to the Company shall be provided.

**23.     WORKING HOURS**

Contractor shall base its bid on working normal hours, Monday - Friday except when those days are holidays.  Overtime hours, Saturday, Sunday, holiday, and night work may not be available, but if requested by the Contractor, shall be approved and coordinated by the Company at the sole discretion of the Company.

**24.     FIELD RECORDS.**

The Contractor shall maintain at its site office at the site, up-to-date copies of all drawings, specifications, and other contract documents and supplementary data, complete with latest revisions thereto.  In addition, the Contractor shall maintain a continuous record of all field changes, and at the conclusion of the work, shall incorporate all such changes on the drawings and other engineering records.  Drawing changes shall be recorded in a neat, orderly manner, drawn to scale, and dimensioned as a qualified draftsman would show the revisions.

Field drafting of these revisions shall be of equal quality and detail as the original drawings.  Additions shall be shown in green, and deletions shall be shown in red. Upon completion of the revisions, 2 copies shall be submitted to the Company.

The Contractor's records consisting of marked drawings, engineering data, and sketches shall be submitted prior to official acceptance, but no later than 10 days after completion of the work covered by this Agreement.

Documentation for maintenance and inspections required for storm water issues shall be maintained by contractor and provided to Company upon request.

Contractor shall adhere to all local, state and federal rules and regulations

**25.   TESTING AND INSPECTION BY CONTRACTORS.**

The Contractor shall provide as a part of its forces adequate testing and inspection to ensure complete compliance with the specifications.  Such testing and inspection shall not imply acceptance of work by the Company.  The Contractor shall provide adequate and competent supervisory personnel to insure compliance with the specifications.  All costs for such testing and inspection shall be paid for by the Contractor.

**26.   ENGINEERING INSPECTION.**

Supplementing the requirements of Article 13 - "INSPECTION AND CORRECTION OF WORK" of the General Conditions, the Company may appoint such inspectors as the Company deems proper to inspect the materials furnished and the work performed for compliance with the documents.  the Contractor shall furnish all reasonable assistance required by the inspectors, for the proper inspection of the work.  Should the Contractor object to any interpretation of the documents by an inspector, the Contractor may make written appeal to the Company for a decision.

Inspectors shall have the authority to require work which is unsatisfactory, faulty, or defective or does not conform to the requirements of the contract documents to be repaired or replaced.  Inspection shall not relieve the Contractor from any obligation to construct the work strictly in accordance with the contract documents.  Work not so constructed shall be removed and replaced by the Contractor at its own expense.

**27.   PERMITS AND INSPECTION.**

The Contractor shall accommodate inspections by third party organizations including but not limited to Authorized Code Inspectors, insurance agencies, and city, state, and federal officials, when required, and shall render all necessary assistance to aid these representatives in making inspections.

**28.   INSPECTION AND CORRECTION OF ERRORS.**

Equipment and materials shall be complete in all respects within the limits specified herein outlined.  All errors or omissions required to be corrected in the field shall be done by the Contractor or its duly authorized representative at the Contractor's expense.

If within five (5) business days after the Company gives the Contractor notice of a defect, the Contractor neglects to make or undertake with due diligence to make the necessary corrections, the Company is thereby authorized to make the corrections itself, or order the work to be done by a third party, and the cost of the corrections shall be paid by the Contractor.

In the event of an emergency where, in the judgment of the Company, the delay resulting from giving formal notice would cause serious loss or damage which could be prevented by immediate action, defects may be corrected by the Company, or a third

party chosen by the Company, without giving prior notice to the Contractor, and the cost of the corrections shall be paid by the Contractor.  In the event such action is taken by the Company, the Contractor will be notified promptly and shall assist wherever possible in making the necessary corrections.

**29.  *UNFAVORABLE CONSTRUCTION CONDITIONS.***

During periods of unfavorable weather, wet grounds, or other unsuitable construction conditions, the Contractor shall confine its operations to work which will not be affected adversely thereby.  No portion of the work shall be constructed under conditions which would adversely affect the quality or efficiency thereof, unless special means or precautions are taken by the Contractor to perform the work in a proper and satisfactory manner.

**30.  *PROTECTION OF EXISTING FACILITIES.***

Concrete surfaces shall be protected from chipping, gouging, scratching, staining, and other damage.  Damaged sections shall be repaired or removed and replaced subject to the Company's discretion and acceptance.

The Contractor shall immediately repair any damage which results from its construction or abnormal use, including damage done to the existing facilities or the work of other Contractors.  All such repair work shall be acceptable to the Company.

**31.  *PROTECTION OF WORK.***

The Contractor shall be solely responsible for the protection of its work until its Final Acceptance by the Company.

The Contractor shall have no claim against the Company because of any damage or loss to the Contractor's work and shall be responsible for the complete restoration of damaged work to its original condition complying with the Specification and drawings.

In the event the Contractor's work is damaged by another party not under its supervision or control, the Contractor shall make its claim directly with the party involved.  If the conflict or disagreement develops between the Contractor and one of the other contractors concerning the responsibility for damage or loss to the Contractor's work, the conflict shall be resolved as provided under 12 – RESPONSIBILITY AS TO OTHER CONTRACTORS.  Such conflict shall not be cause for delay in the restoration of the damaged work.  The Contractor shall restore the work immediately and the cost thereof will be assigned pending the resolution of the conflict.

**32.  *LOSSES FROM NATURAL CAUSES.***

All loss or damage arising out of the nature of the work, or from the action of the elements, or from flood or overflows, or from groundwater, or from any unusual obstruction or difficulty, or any other natural or existing circumstance, either known or unforeseen, which may be encountered in the prosecution of the work, shall be sustained and borne by the Contractor at its own cost and expense.

**33.  *MINOR DEFECTS.***

No claims for extra compensation in connection with Company-furnished equipment and materials with minor defects will be considered unless the claim is made in accordance with the applicable provisions in the General Conditions.

When field labor is needed to correct significant errors or omissions in Company-furnished equipment and materials, the Contractor shall report such discrepancies to the Company before any repair or other additional work is started.  Work will proceed only on written order by the Company and the Company will be responsible for payment to the Contractor and any negotiations or back charges involving the manufacturer or vendor.

**34.     ACCEPTANCE OF WORK BY OTHERS.**

If any part of the Contractor's work is dependent upon the quality and completeness of work performed under another contract, the Contractor shall inspect the other contractor's work and promptly report defects or discrepancies therein which render such work unsuitable for the proper execution of the work under this Contract.  Failure to report such defects to the Company shall constitute the Contractor's acceptance of such work as suitable to receive the Contractor's work; provided, however, that the Contractor shall not be responsible for defects which develop after its inspection and which could not have been reasonably detected or foreseen.

**35.     CONSTRUCTION AREA LIMITS.**

The Company may designate the boundary limits of access roads, parking areas, storage areas, and construction areas, and the Contractor shall not trespass in or on areas not so designated.  the Contractor shall be responsible for keeping all of its personnel out of areas not designated for the Contractor's use.

The Contractor shall at all times be responsible for the care of the site and existing facilities.  It shall replace or repair, at its own expense, all damage to the site and the facilities and shall restore all areas to the conditions which existed previous to starting work.

**36.     UNDERGROUND INSTALLATION.**

Underground installations constructed under separate specifications such as pipelines, electrical lines, and buried structures are indicated on the drawings at their design locations.  The locations of these underground items, as built, may vary from the locations indicated.

There is no guarantee as to the accuracy and completeness of such information, and all responsibility for the accuracy and completeness thereof is expressly disclaimed.

The Contractor shall not rely only upon information indicated on the drawings concerning existing underground installations.

Any delay, additional work, or extra cost to the Contractor caused by existing underground installations shall not constitute a claim for extra work, additional payment, or damages.

**37.     LOCATION OF OBSTRUCTIONS.**

Contractor shall be responsible for, at Contractor's expense, arranging such buried obstruction location identification as required by State Law, through the One Call Utility Locating Center.  Other means of location of facilities shall be at Contractor's expense unless authorized by Company Representative.  Identification and location of

obstructions by Contractor shall be independent of and in addition to general information provided by Company.

**38.     LINES AND GRADES.**

All work shall be done to the lines, grades, and elevations indicated on the drawings. Basic horizontal and vertical control points will be established or designated by the Company.  These points shall be used as datum for work under this contract. Such monuments and data shall be carefully preserved by the Contractor, and if displaced, shall be reset at the expense of the Contractor.  Additional monuments may be set by the Contractor with Company's permission.

The Contractor shall lay out and correctly establish all lines, levels, grades, and positions of all parts of the Work.  All stakes, control points, and bench marks set by the Contractor shall be sturdy, substantial, well protected, and shall be subject to inspection and approval by Company; however, the accuracy of these stakes, control points and bench marks set by the Contractor shall remain the responsibility of the Contractor.

Any Work done without being properly located may be ordered removed and replaced at the Contractor's expense.

**39.     JOB SITE REPORTING.**

When requested by Company Representative, Contractor shall be required to have its crews report directly to the job site.  "Job Site Reporting" may be applicable to unit and time and equipment work.

**40.     SECURITY.**

The Contractor shall be responsible for the protection of its materials, equipment, and construction work on the construction site from theft, vandalism, fire and all other damage or loss.

The Company retains the right to inspect vehicles leaving the construction site for removal of unauthorized material.  Search of vehicles will be done under supervision of the Company and Contractor's personnel only.

**41.     ADVERTISING.**

No signs, billboards, or other advertisements shall be erected on the premises by the Contractor or subcontractors, neither the name of Company nor the Work shall be used in any advertising or in any other promotional context by Contractor without the Company's permission.

**42.     LABOR RELATIONS.**

a.     <u>Labor Relations Information</u>.  To provide the Company advance notice of potential labor relations issues that may affect the project, the Contractor shall give to the Company prompt notice in writing of (a) every demand for collective bargaining (under the provisions of the Labor-Management Relations Act as amended) made upon the Contractor of any of its subcontractors by any labor organization as soon as such demand may come to the Contractor's attention; and (b) any labor dispute, which may reasonably be expected to affect performance of the work under this Contract by the Contractor or any of its subcontractors or the final cost of such work to the Company.

b.  Contractor Participation in Local Bargaining.  In addition to the Contractor's legal obligation under the Labor-Management Relations Act as amended, in the event the Contractor is a subscriber to a multi-employer bargaining association or group, the Contractor shall, if the Company so directs, participate in the collective bargaining of that group with any of those labor organizations claiming jurisdiction over any portion of the work under this Contract or any subcontract.

c.  Action in Event of Strike.  In the event of a labor dispute which threatens to adversely affect the progress or cost of the work hereunder, the Company reserves the right to restrict the additional hiring of employees; to suspend or discontinue the work of the Contractor and any subcontractors; or in the Company's sole discretion to terminate this Contract.  The paragraph shall be applicable regardless of whether the Contractor or any subcontractor is directly involved in said labor dispute.

d.  Conformance with Existing Contracts.  the Contractor shall exercise its management rights either specifically detailed in or not expressly limited by applicable collective bargaining agreements.  Such management rights shall be deemed to include, but shall not be limited to, the right to hire, discharge, promote, and transfer employees; to select and remove foremen or other levels of supervision, to establish and enforce reasonable standards of production, to introduce to-the-extent-feasible labor saving equipment and materials; to determine the number of craftsmen necessary to perform a task, job, or project; and to establish, maintain, and enforce rules and regulations conducive to efficient and productive operations.

The Contractor shall conduct its labor relations in accordance with established labor agreements and shall advise the Company prior to making any new commitments or any negotiation of new agreements or understandings with local or national labor organizations as they affect the work.

e.  National Agreements.  Prior to the start of work, the Contractor shall advise the Company of the status and provisions of any national agreements to which the Contractor is signatory.  the Contractor shall supply to the Company, copies of national agreements to which it is a party.

No later than five (5) days before the expiration of any local agreement which may affect the work, the Contractor shall meet with the Company for the purpose of discussing the appropriate course of action.

f.  Jurisdictional Disputes.  The Contractor agrees that in the event any of its employees, or union representing such employees, breach the labor agreement between the Contractor and the union representing the Contractor's employees, the Contractor shall exercise all legal remedies to which it is entitled under state and federal law, including, by way of example only, unfair labor practice charges with the National Labor Relations Board, requests for temporary restraining orders, injunctions under state and federal law, and suits for damages against the union representing the employees of the Contractor.  Further, in the event the employees of the Contractor, or the labor organization representing such employees, engage in jurisdictional disputes, the Contractor will institute appropriate legal actions as required by the labor agreement between the Contractor and the labor organization involved, and will institute whatever legal remedies are available under federal and state law to the Contractor.

g.  Scheduled Overtime.  Not Applicable.

h.   Labor Supply.  The Contractor shall determine the actual number of craftsmen who are presently available for the work in the appropriate geographical area, and will project such availability throughout the term of the contract.  Further, the Contractor shall determine the number of journeymen, apprentices, and trainees that the Contractor will require on a month-by-month basis until project completion.  the Contractor shall also devise a course of action to enable him to perform the work, especially during periods of projected labor shortages.  the program may include, but shall not be limited to, shift work, methods of recruitment, training, and/or apprentice programs, or hiring journeymen directly when the union's referral arrangements fail to provide journeymen under the applicable labor agreement(s).

i.   Use of Apprentices.  The Contractor shall maintain the maximum complement of sub-journeymen, apprentices, or helpers in the field work force as permitted by the local collective bargaining agreements.  Sub-journeymen, apprentices, and helpers shall perform journeyman work as qualified.  If the relevant building trades unions are unable or refuse to supply the sub-journeymen, apprentice, or helper manpower required, the Contractor shall join with the Company to implement a program to employ personnel from whatever source is available to perform work normally handled by sub-journeymen, apprentices and helpers.

j.   Use of Prefabricated Materials.  the Contractor shall purchase materials, equipment, and prefabricated or factory-assembled units to obtain the best cost/quality alternative consistent with the specifications, unless the material in question is covered by a work preservation clause of the applicable collective bargaining agreement.

k.   Preconstruction Meeting:  The Contractor shall conduct a preconstruction meeting with the local labor union prior to mobilization to determine jurisdiction of work.

The Contractor shall install prefabricated or preassembled equipment where specified or purchased by the Company or otherwise where it is deemed to be the most economic alternative, regardless of whether it is fabricated in a union shop and requires necessary changes or rework.

**43.   HAZARD MATERIAL/WASTE SITE EXCAVATION.**

Contractor will provide Hazardous Waste Operations Emergency Response (HAZWOPER) trained personnel: 1) while conducting work on an Uncontrolled Hazardous Waste Site, Superfund site or other contaminated site that could trigger HAZWOPER planning and training requirements; or 2) when requested by Company representative.  These HAZWOPER trained personnel must be trained and equipped in compliance with 29 CFR 1910.120.  All necessary monitoring, personal protective equipment, site investigations, Health and Safety Plan development, and training shall be provided by the Contractor.

**44.   PRESERVATION OF MONUMENTS AND STAKES.**

The Contractor shall carefully preserve all monuments, bench marks, reference points, and stakes.  the Contractor will be charged with the expense of replacement of any such items destroyed, and shall be responsible for any mistake or loss of time that may be caused.  Permanent monuments or bench marks which must be removed or disturbed shall be protected until they can be properly referenced for relocation.  The Contractor shall furnish materials and assistance for the proper replacement of such monuments or bench marks.

45. **CRANES.**

Contractor shall furnish cranes necessary for the execution of its work.

46. **EMPLOYEE NECESSITIES/HOUSEKEEPING.**

Company shall not be responsible for providing food, water, shelter, transportation, sanitary facilities, or any other necessities needed for Contractor's employees under this Agreement. Contractor shall keep the areas of the Work and surrounding area cleared of all garbage, debris and waste materials and shall keep working areas and material neat and orderly.

Clean-up rounds by Contractor must be made each day that Contractor is on site, and all debris shall be disposed of properly at sole discretion of Company Representative. If Contractor fails to maintain the area to Company Representative's satisfaction, Company shall have the right to, at its option: (a) Clean the premises, dispose of all collected materials, and back charge Contractor for all costs associated therewith or (b) Assess Contractor an amount equal to ten percent (10%) of the Agreement price as liquidated damages.

Upon completion of the Work, Contractor shall leave Company site clean and free of all debris, surplus materials, and similar items resulting form the Work.

47. **ENVIRONMENTAL REQUIREMENTS.**

a. <u>Archaeological Items Found Onsite.</u> In the event that any Indian relics or other items with archaeological or historical value are discovered by the Contractor or any of its representatives or employees, the Contractor shall immediately notify the Company and shall cease work in the vicinity of the discovery. Any such items discovered shall not be disturbed in any manner without the concurrence of the Company. the Company shall have the right to stop work should an item fitting the description of an archaeological item be discovered which may not have been recognized as such by the Contractor or its employees. Work shall be resumed only on written notification from the Company. Neither the Contractor nor any of its subcontractors, nor any of their representatives or employees shall have any property rights in such relics or items.

b. <u>Restoration of Disturbed Areas.</u> Construction site areas disturbed by the activities of the Contractor or any of its subcontractors, except those areas located within the boundaries of the permanent facilities, shall be restored to a natural state to the satisfaction of the Company. Restoration shall include grading and seeding as directed by the Company.

c. <u>Removal of Water.</u> Surface and infiltrated ground water shall be disposed of by collecting the water in sumps and pumping it to a location acceptable to the Company as specified in the specifications.

d. <u>Herbicides, Biocides, and Insecticides.</u> the use of growth retardants, biocides, insecticides, and other hazardous chemicals is prohibited.

e. <u>Noise Control.</u> All construction equipment and machinery provided by the Contractor shall be equipped with suitable noise abatement devices such as mufflers and silencers. Such noise abatement devices shall be inspected and maintained at regular intervals. All construction equipment and machinery provided by the Contractor for its use and the use of its subcontractors shall

comply with all federal, state, and local regulations regarding noise levels and control.

f.     <u>Storage of Organic Materials</u>.  All oil, fuels, greases, and similar materials under the control of the Contractor shall be stored in accordance with the requirements of  the federal, state, and local Pollution Control Agency.  Storage methods shall be acceptable to the Company.

g.     <u>Oil Spill Prevention Control and Countermeasures</u>.  the Company will implement a Spill Prevention Control and Countermeasures (SPCC) plan in accordance with the requirements of the Environmental Protection Agency.  the Contractor shall accomplish the specified work in accordance with applicable requirements of the SPCC plan.

h.     <u>Dust Control</u>.  the Contractor shall control fugitive dust in construction work areas by sprinkling of water.  A general criteria will be that fugitive dust shall be confined to the site.

i.     <u>Chemical Disposal.</u>  Chemical and hazardous material shall not be disposed of on site.

**48.     *USE OF EXPLOSIVES.***

Use of explosives are not permitted.

**49.     *RIGHT OF WAY (PERMITS, EASEMENTS, VEHICLES, GATES).***

Reference Section 8.1 of the General Conditions.

**50.     *D.O.T. AND PUC PROVISIONS.***

Contractor shall comply with all applicable drug and alcohol testing, education and training, record retention and reporting requirements imposed upon operators of pipeline facilities pursuant to 49 CFR Part 199. Contractor shall supply Company with statistical data on drug and alcohol testing results on a quarterly basis, and shall include the information described in 49 CFR Parts 199.25 and 199.229. This data shall be sent to Amy Johnson, Fitness for Duty Consultant, Xcel Energy, 414 Nicollet Mall GO2, Minneapolis, Minnesota 55401.  In addition, Contractor shall allow Company and appropriate regulatory authorities access to property and records as required by 49 CFR Parts 199.21 and 199.245 for purposes of monitoring compliance with  49 CFR Parts 40 and 199.

Contractor shall comply with all applicable drug and alcohol testing, education and training, record retention and reporting requirements imposed upon operators of commercial vehicles by the Department of Transportation pursuant to 49 CFR Parts 40 and 382.  In addition, Contractor shall allow appropriate regulatory authorities access to property and records as required by 49 CFR Parts 382.405 for purposes of monitoring compliance with 49 CFR Parts 40 and 382.

Contractor shall comply with all applicable provisions of 49 CFR 390-399, the Federal Motor Carrier Safety Regulations regarding transportation of electrical equipment including, but not limited to, regulations which apply to securing of equipment for transport, marking and placarding of transport vehicles and regulations governing driver qualifications.

Contractor shall allow access to its property and records to Company, the Administrator of the Federal Highway Administration, and the Public Utilities Commission of the State of Colorado for the purpose of monitoring Contractor's compliance with applicable state and federal regulations.

Contractor agrees that if any of the work to be performed under this Agreement is subcontracted, the requirements of the preceding paragraphs in this section shall be incorporated into an Agreement executed between Contractor and subcontractor.

### 51.   *OPERATOR QUALIFICATION PROGRAM*

Contractor will need to provide own Operator Qualification Program (per DOT Operator Qualification Regulation, qualifying operators on certain "covered tasks" in new construction, operations, and maintenance as defined in 49 CFR Part 192, Subpart N and Part 195, Subpart G  which affect the operation or integrity of a pipeline facility). To certify compliance Contractor will need to:

1.  Provide a list of the individuals qualified to perform each covered task
2.  Provide the method of qualification of individuals
3.  Provide the date each individual was qualified for each covered task
4.  Provide access to individual's records

### 52.   *WORK CHANGES*

Supplementing the requirements of Article 15 "WORK CHANGES", of the General Conditions, all changes and extras must follow these guidelines:

a.   The Contractor must not perform any work it sees as changes or extras without the Company's approval.

b.   The Contractor shall not be reimbursed for work it performed as extra or change without prior approval of the Company.

c.   Contractor must inform the Company in writing that a particular phase of the work is an extra or change.  The reason the Contractor is claiming an extra or change shall be clearly stated.

i. The Contractor shall include the cost of performing such extra or change with a breakdown of Time and Equipment.

For payment of changes and extras the Contractor shall submit all

**EXHIBIT C**
**SCOPE OF WORK**

**Date:**   05/28/2015

**Project Title or Type of Work:**  Construction Projects.

**Operating Company Designation:**  SPS

**1.  Background/Objective**
Due to the workload demands in the oilfield regions of SPS, additional resources may be needed to meet these demands.

**2.  Description of the Work**
Contractor shall be performing storm Work and distribution Work in the SPS territory.

Overhead construction will consist of any and all distribution line Work including, but not limited to constructing line extensions, re-conductors, conversions etc. This Work shall include framing poles, setting poles, stringing wire, installing and operating various equipment, (transformers overhead and underground, capacitors, regulators, reclosures, etc.) and installing primary metering.

Underground construction will consist of installing any and all underground installations. This Work will include, but not limited to installing various sizes of cable, terminating, splicing, installing elbows, potheads etc. and installing underground transformers of various sizes.

Listing is made to aid crew in understanding the general scope of Work intended and is not a limitation on Work to be done (Review prints when provided with Projects and the Xcel Energy Construction Field Manual for details).

**3.  Calendar Date the Work is to Begin**
To be determined.

**4.  Calendar Date the Work is to be Completed**
To be determined.

**5.  Technical Specifications/Requirements**
Contractor shall be in direct contact with Company area control when working on energized lines. Clearances will be established when working on energized lines. Work to establish clearances can be completed by the Contractor, if agreeable by both parties and Contractor has certified and qualified personnel.

1.) Under the specifications, the Contractor shall provide all labor, tools and equipment to perform distribution line Work.
2.) The Company will provide the scope of Work to be performed on each job.
3.) The Company may identify additional Work during the term of the contract under time and equipment.
4.) Contractors shall make recommendations to the Company for any additional Work that they feel necessary.
5.) Contractors shall Work under the supervision of Company inspectors, and or supervisors and shall coordinate working hours to complete the identified Work as expeditiously as possible.

**6.  Documents/Drawings**
Company will provide all Documents and Drawings to perform Work as needed by Contractor.

**7.   Contractor Responsibilities**
1.) Contractors shall keep records of labor and equipment hours used each day, and shall record the Company Work order number provided by the Company inspector/supervisor each day.
2.) Contractors shall provide a detailed invoice for services performed on each Work order, noting all labor and equipment hours on each invoice.
3.) The Contractor shall immediately notify the Company inspector/supervisor of any problem or injury associated with the job.
4.) The Company inspector, supervisor, or Project engineer reserves the right to change the scope of the job.
5.) It is the responsibility of the Contractor to report any damage immediately.
6.) Contractor shall be responsible for calling in all locates associated with any digging.
7.) Contractor shall be responsible for hauling material from the yard associated with the job.
8.) The Contractor shall provide all necessary hand tools, crimping device, bucket trucks, lifting devices, material handling equipment, transportation, and other equipment associated with the construction of distribution lines.
9.) Contractor shall take all precautions to protect Company's equipment and customers by having a safe diverse Work group to insure no operations of energized equipment.

**8.   Company Responsibilities**
Company will provide all materials and Drawings to complete each Project.

**9.   Performance Expectations**
The performance expectations will be agreed upon prior to the start of each Project.

**10.   Delivery/Performance Schedule**
The performance schedule will be agreed upon prior to the start of each Project.

**11.   Acceptance**
Job shall conform to Company standards when complete.

**12.   Training**
Company will not provide training. It is the Contractor's responsibility to provide trained and experienced work force.

**13.   Special Requirements**
Contractor must have qualified/certified journeyman to perform hot Work.

**14.   Regulatory Requirements**
Contractor shall follow all of Company's environmental, permitting, and regulatory requirements.

**15.   Detailed Description of Work Location/Address**
SPS territory.

**16.   Coordination/Project Management**
Coordination / Project Management – Mike Baker – 806-378-5436

**17.   Reporting**
Contractor shall provide Company with written status reports on a weekly basis detailing the progress of the services and any problems that may affect the milestone dates for completion of services.

**18.   Company Invoice Approver Name and Address**
Mike Baker
7601 I-40 East
Amarillo TX 79118

# Exhibit D – Work Unit Rate Schedule; Labor/Equipment Hourly Rates and Storm Rates for Labor/Equipment

| | | | | | | | Amarillo - Unit Pricing | Non-Metro TX - Unit Pricng | New Mexico - Unit Pricing |
|---|---|---|---|---|---|---|---|---|---|

**OVERHEAD NEW ELECTRIC DISTRIBUTION UNITS**

**Assumptions:**

Where referenced, Overhead Distribution Manual refers to 2012 version of the manual, provided with the RFP.

Units do not include "hot" work, except units NF28 and NF29.

Units assume full size equipment access

All units will be complete including setting/framing of pole, wire installation including tie in per Xcel standards.

| Unit Type | Unit # | Unit Short Description | Pole Size | UOM | Unit Definition | | Amarillo - Unit Pricing | Non-Metro TX - Unit Pricng | New Mexico - Unit Pricing |
|---|---|---|---|---|---|---|---|---|---|
| **OH New Elec Distribution** | | | | | ***Single Phase Poles*** | | | | |
| | NF1 | 1-PH Tangent | 35-55' | Each | Single-phase tangent or light angle pole that does not require dead-ends.  Armed or vertical construction. | | $ 500.00 | $ 450.00 | $ 500.00 |
| | NF2 | 1-PH Angle-Deadend | 35-55' | Each | Single-phase medium angle, heavy angle or deadend pole that requires deadends and guy and anchor.  Armed or vertical construction. | | $ 750.00 | $ 650.00 | $ 750.00 |
| | NF3 | 1-PH Deadend | 35-55' | Each | Single-phase medium angle, heavy angle or deadend pole not requiring guy and anchors. Armed or vertical construction. | | $ 650.00 | $ 550.00 | $ 650.00 |
| **OH New Elec Distribution** | | | | | ***Multi-Phase Poles*** | | | | |
| | NF4 | 3-PH Tangent, Light angle | 35-45' | Each | Tangent three phase,light angle three phase, single phase takeoff. Armed or vertical construction. | | $ 900.00 | $ 800.00 | $ 900.00 |
| | NF5 | 3-PH Tangent, Light angle | 45-55' | Each | Tangent three phase, light angle three phase, single phase takeoff. Armed or vertical construction. | | $ 1,000.00 | $ 900.00 | $ 1,000.00 |
| | NF6 | 3-PH Medium, Heavy angle, deadend | 35-45' | Each | Medium,heavy angle, deadend includes 3 guys and 2 anchors. | | $ 1,250.00 | 1,250.00 | $ 1,250.00 |
| | NF7 | 3-PH Medium, Heavy angle, Deadend | 45-55' | Each | Medium,heavy angle, deadend includes 3 guys and 2 anchors. | | $ 1,350.00 | 1,350.00 | $ 1,350.00 |
| | NF8 | 3-PH Deadend | 35-45' | Each | Deadend three phase not requiring anchors/guys. | | $ 800.00 | $ 700.00 | $ 800.00 |
| | NF9 | 3-PH Deadend | 45-55' | Each | Deadend three phase not requiring anchors/guys. | | $ 900.00 | $ 800.00 | $ 900.00 |
| **OH New Elec Distribution** | | | | | ***Adders to OH New Distribution Units*** | | | | |
| | NF10 | Hand Dig Pole | | Each | To be used when pole hole must be dug by hand when no equipment access is available. | | $ 500.00 | $ 500.00 | $ 500.00 |
| | NF11 | Pole in Rock | | Each | To be used when a pressure digger is required, where standard augering is not possible due to rock. | | $ 250.00 | $ 250.00 | $ 250.00 |
| | NF12 | Hydro-Vac Pole | | Each | To be used when pole hole is opened by vacuum excavation, where augering is not possible. | | $ 500.00 | $ 500.00 | $ 500.00 |
| | NF13 | 1-PH transformer | | Each | Install single phase transformer | | $ 250.00 | $ 250.00 | $ 250.00 |
| | NF14 | Multi-phase transformer | | Each | Install two or three transformers | | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 |
| | NF15 | Screw in anchors (not identified) | | Each | This unit is for the installation of screw in anchors.  Refer to Section B of the Overhead Distribution Standards Manual | | $ 175.00 | $ 175.00 | $ 175.00 |
| | NF16 | Adder for wire size greater the 4/0 | | Each | This unit is per pole adder for installations that involve wire sizes 4/0 and above. We only expect this to involve 3 phase installations. | | $ 25.00 | $ 25.00 | $ 25.00 |
| | NF17 | Drop in anchors (if not identified) | | Each | This unit is for the installation of drop in anchors.  Refer to Section B of the Overhead Distribution Standards Manual | | $ 250.00 | $ 250.00 | $ 250.00 |
| | NF18 | Installation of Avian Protection | | Each | Avian friendly construction, Specification Raptor G Section. | | $ 25.00 | $ 25.00 | $ 25.00 |
| | NF19 | Single Phase Reclosure | | Each | Single phase reclosure, Similar to page F-16.50 of the Overhead Distribution Standards Manual. In addition to new pole unit(s) | | $ 900.00 | $ 900.00 | $ 900.00 |
| | NF20 | Primary Metering | | Each | Primary metering pole, Similar to page C-96.50 of the Overhead Distribution Standards Manual. | | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| | NF21 | Gang Switch Three Phase | | Each | Gang switch, Similar to page H-1, H-4 of the Overhead Distribution Standards Manual. | | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| **New Elec Distribution** | NF22 | Capacitors | | Each | Switched capacitors, Similar to page I-32, I-33, I-35 of the Overhead Distribution Standards Manual. | | $ 900.00 | $ 900.00 | $ 900.00 |
| | NF23 | Regulator Three Phase Platform Mount | | Each | Regulator three phase platform installation, Similar to page E-144, E-144.50 of the Overhead Distribution Standards Manual. | | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| | NF24 | Regulator Single Phase | | Each | Regulator single phase,  Similar to page E-139, E-140, E-141, E-142.20 of the Overhead Distribution Standards Manual. | | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |
| | NF25 | 1 Phase primary riser | | Each | Complete installation of single phase primary riser | | $ 500.00 | $ 500.00 | $ 500.00 |
| | NF26 | 3 phase primary riser | | Each | Complete installation of 3 phase primary riser (non feeder) | | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |
| | NF27 | 3 phase primary riser- feeder | | Each | Complete installation of 3 phase primary riser-feeder | | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |

| OH | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NF28 | 1 phase OH take off | Each | Complete installation of 1 phase take off/tap.   This does include the hot work associated with final terminations and energization of line. | $ | 150.00 | $ | 150.00 | $ | 150.00 |
| | NF29 | 3 phase OH take off | Each | Complete installation of 3 phase take off/tap.  This does include the hot work associated with final terminations and energization of line. | $ | 400.00 | $ | 400.00 | $ | 400.00 |
| | NF30 | Grade B-double crossarm construction for crossings | Each | Complete installation of grade B - double crossarm construction for crossings. | $ | 300.00 | $ | 300.00 | $ | 300.00 |
| | NF31 | Arrestor station | Each | This includes three arrestor, pole ground, and arm ground. | $ | 225.00 | $ | 225.00 | $ | 225.00 |
| | NF32 | Cutout/arrestor | Each | This unit to be used for cutouts and arrestors independent of the framing of the polealready included in the units i.e. fused tap off of three phase tangent pole. | $ | 100.00 | $ | 100.00 | $ | 100.00 |
| | NF33 | False dead-ends | Each | This unit will be used for installing false dead-ends similar to page C-68.20 of the overhead distribution standards manual. | $ | 75.00 | $ | 75.00 | $ | 75.00 |
| | NF34 | Conductor installed per foot | Per foot | Conductor installed per foot. (4/0 and above) | $ | 1.00 | $ | 0.90 | $ | 1.00 |
| | NF35 | Conductor installed per foot | Per foot | Conductor installed per foot. (4/0 and below) | $ | 0.80 | $ | 0.70 | $ | 0.80 |
| | NF36 | Conductor removed per foot | Per foot | Conductor removed per foot. (4/0 and above) | $ | 0.50 | $ | 0.50 | $ | 0.50 |
| | NF 37 | Conductor removed per foot | Per foot | Conductor removed per foot. (4/0 and below) | $ | 0.45 | $ | 0.45 | $ | 0.45 |
| | NF38 | Multi-phase reclosure | Each | This unit is for the installation of a multi-phase reclosure. Refer to section F-22.56 of the Overhead Distribution Standards Manual. | $ | 900.00 | $ | 900.00 | $ | 900.00 |

| POLE REPLACEMENT UNITS |
|---|

**Assumptions:**

Where referenced, Overhead Distribution Manual refers to 2012 Overhead and Underground Distribution Construction Standards Manual

All bid units assume work will be performed on energized equipment.  For 35 kV areas, hot-stick is required.  For 25 kV and below, gloving or hot-sticking may be used for working with energized facilities.

Units rates are inclusive of travel time (assumptions may vary by area), transfer of OH primary and secondary facilities (up to and including 4 aught, adder for wire size greater than 4 aught, and does not include service drops), barricading and traffic control and pole topping.  Temporary securing/lashing of communications facilities to remove pole is included in bid rates.  Desired process is to remove pole in single trip, use adder for simple permanent transfers of communications facilities.  Transfers other than simple transfers to be completed by owning party.

Unit pricing designed to take advantage of opportunity to limit need for pole trailer for poles up to 40', and assumes that bucket trucks include pole racks.

Poles with Switches, Stepdown Transformers, Regulators or poles 60' or greater requiring specialized equipment will be invoiced at T&E rates, with prior approval by Company representative.

| Unit Type | Unit # | Unit Short Description | Pole Size | UOM | Unit Definition | Amarillo - Unit Pricing | Non-Metro TX - Unit Pricing | New Mexico - Unit Pricing |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Single Phase Poles** | | | |
| Pole Replacement | PR1 | 1-PH Tangent, with full-size equipment access | 30-40' | Each | Single-phase tangent or light angle pole that does not require dead-ends, similar to pages C-1 through C-6 of Overhead Distribution Manual.  This unit assumes that full-size equipment access is available. | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| | PR2 | | 45-55' | Each | | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| | PR3 | 1-PH Tangent, without full-size equipment access | 30-40' | Each | Single-phase tangent or light angle pole that does not require dead-ends, similar to pages C-1 through C-6 of Overhead Distribution Manual.  This unit assumes that equipment access is not available and a backyard machine is required. | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| | PR4 | | 45-55' | Each | | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| | PR5 | 1-PH Angle-Deadend, with full-size equipment access | 30-40' | Each | Single-phase medium angle, heavy angle or deadend pole that requires deadends and guy and anchor, similar to pages C-7 through C-19 of Overhead Distribution Manual.  This unit assumes that full-size equipment access is available. | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| | PR6 | | 45-55' | Each | | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| | PR7 | 1-PH Angle-Deadend, without full-size equipment access | 30-40' | Each | Single-phase medium angle, heavy angle or deadend pole that requires deadends and guy and anchor, similar to pages C-7 through C-19 of Overhead Distribution Manual.  This unit assumes that equipment access is not available and a backyard machine is requir | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| | PR8 | | 45-55' | Each | | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| | | | | | **Multi-Phase Poles** | | | |
| Pole Replacement | PR9 | Multi-phase Tangent, with full-size equipment access | 30-40' | Each | Two or Three-phase tangent or light angle pole that does not require dead-ends, similar to pages C-20 through C-31 of Overhead Distribution Manual.  This unit assumes that full-size equipment access is available. | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| | PR10 | | 45-55' | Each | | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| | PR11 | Multi-phase Tangent, without full-size equipment access | 30-40' | Each | Two or Three-phase tangent or light angle pole that does not require dead-ends, similar to pages C-20 through C-31 of Overhead Distribution Manual.  This unit assumes that equipment access is not available and a backyard machine will be required. | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| | PR12 | | 45-55' | Each | | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| | PR13 | Multi-phase Angle-Deadend, with full-size equipment access | 30-40' | Each | Two or Three-phase medium angle, heavy angle or deadend pole that requires dead-ends, similar to pages C-32 through C-57 of Overhead Distribution Manual.  This unit assumes that full-size equipment access is available. | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| | PR14 | | 45-55' | Each | | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| | PR15 | Multi-phase Angle-Deadend, without full-size equipment access | 30'-40' | Each | Two or three-phase medium angle, heavy angle or dead-end pole that requires dead-ends, similar to pages C32 through C-57 of Overhead Distribution Manual. This unit assumes that equipment access is not available and a backyard machine will be required. | $ 2,500.00 | $ 2,300.00 | $ 2,300.00 |
| | PR16 | | 45'-55' | Each | | $ 2,500.00 | $ 2,300.00 | $ 2,300.00 |
| | | | | | **Adders to Pole Replacement Units** | | | |
| | PR17 | Secondary UG Riser | | Each | Transfer secondary UG riser.  Unit is to be used per riser transferred. | $ 400.00 | $ 400.00 | $ 400.00 |
| | PR18 | Primary UG Riser, 1-PH | | Each | Transfer single-phase primary UG riser.  Unit is to be used per riser transferred. | $ 400.00 | $ 400.00 | $ 400.00 |
| | PR19 | Primary UG Riser, Multi-phase | | Each | Transfer two- or three-phase primary UG riser.  Unit is to be used per riser transferred. | $ 800.00 | $ 800.00 | $ 800.00 |
| | PR20 | Install Pole Ground | | Each | Transfer or install new pole ground, to include ground rod per guidelines in Overhead Distribution Manual, page C-1.  Note: In WI only, one new pole installations, use two ground rods stacked in the same hole as pole.  Unit is to be used per ground installed. | $ 65.00 | $ 65.00 | $ 65.00 |
| | PR21 | Wire size larger than 4 aught | | Each | Transfer wire larger than 4 aught.  Unit is to be used per wire transferred. | $ 25.00 | $ 25.00 | $ 25.00 |
| | PR22 | OH Service Drop | | Each | Transfer OH service to new pole.  Unit is to be used per service drop transferred. | $ 40.00 | $ 40.00 | $ 40.00 |
| | PR23 | OH Service Rewire | | Each | Replace existing OH service to new pole.  Unit is to be used per service drop replaced. | $ 50.00 | $ 50.00 | $ 50.00 |
| | PR24 | Hand Dig Pole | | Each | To be used when pole hole must be dug by hand when no equipment access is available. | $ 500.00 | $ 500.00 | $ 500.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pole Replacement** | PR25 | Hydro-Vac Pole | | Each | To be used when pole hole is opened by vacuum excavation, where augering is not possible. | $ | 500.00 | $ | 500.00 | $ | 500.00 |
| | PR26 | Abnormal Pole Set | | Each | This unit to be used specifically when setting pole in adverse conditions, as shown in Overhead Distribution Manual, pages A-4 through A-11.  Unit is to be used for each pole set. | $ | 500.00 | $ | 500.00 | $ | 500.00 |
| | PR27 | Pole Removal, Same Trip | | Each | This unit to be used specifically when removing pole on same trip as transfer of electric facilities. Unit is to be used for each pole removed. | $ | 150.00 | $ | 150.00 | $ | 150.00 |
| | PR28 | Pole Removal, Return Trip | | Each | This unit to be used specifically when removing pole on separate trip as transfer of electric facilities, for complex transfers completed by responsible party, etc.  Unit is to be used for each pole removed. | $ | 250.00 | $ | 250.00 | $ | 250.00 |
| | PR29 | Transfer Communication Facilities | | Each | This unit to be used for simple transfer of communication facilities to new pole per existing transfer agreements.  Unit is to be used for each transfer/utility transferred. | $ | 50.00 | $ | 50.00 | $ | 50.00 |
| | PR30 | 1-PH transformer | | Each | Install/remove/transfer single phase transformer, includes single phase recloser. | $ | 400.00 | $ | 400.00 | $ | 400.00 |
| | PR31 | Multi-phase transformer | | Each | Install/remove/transfer two or three transformers, includes multi-phase reclosers and cap banks. | $ | 900.00 | $ | 900.00 | $ | 900.00 |
| | PR32 | Rock Drill Pole Set | | Each | This unit to be used specifically when using a rock drill to set pole.  Unit is intended to be the incremental difference between normal pole set (included in unit rate) and the rock drill) | $ | 250.00 | $ | 250.00 | $ | 250.00 |
| | PR33 | Pavement Breaking for Pole Excavation | | Each | This unit to be used speciically when breaking of asphalt or concrete is required to excavate pole hole.  Saw cutting is preferred, unit is intended to be the incremental difference between normal pole set (included in unit rate) and the pavement breaking. | $ | 100.00 | $ | 100.00 | $ | 100.00 |
| | PR34 | Cutout / Arrestor | | Each | This unit to be used for cutouts and arrestors independent of the framing of the pole already included in the bid units, i.e. fused tap off of 3-phase tangent pole. | $ | 75.00 | $ | 75.00 | $ | 75.00 |
| | PR35 | Dead-end open wire secondary | | Each | This unit is to be used when transfering open wire secondary thast is dead-ended. | $ | 50.00 | $ | 50.00 | $ | 50.00 |
| | PR36 | Transfer open wire secondary | | Each | This unit is to be used when transfering open wire secondary that is tied in on spools and racks. | $ | 50.00 | $ | 50.00 | $ | 50.00 |
| | PR37 | Transfer street light | | Each | This unit is to be used when transfering street light to new pole. | $ | 150.00 | $ | 150.00 | $ | 150.00 |
| | PR38 | Canadian dead-ends | | Each | This unit is to be used when installing canadian dead-ends. Similar to page F-6 and F-12 of the overhead distribution manual. | $ | 30.00 | $ | 30.00 | $ | 30.00 |
| | PR39 | Replace crossarm | | Each | Replace crossarm. Includes pins,insulators, and braces. | $ | 175.00 | $ | 175.00 | $ | 175.00 |
| | PR40 | Two or three phase tangent with two or three phase take-off | 30' | 40' | This unit includes two or three phase tangent that includes two or three phase take-off. Similar to page C-45 and C-313 of the overhead distribution manual. This unit assumes that full-size equipment access is available. | $ | 350.00 | $ | 350.00 | $ | 350.00 |
| | PR41 | | 45' | 55' | | $ | 350.00 | $ | 350.00 | $ | 350.00 |

**OVERHEAD RECONDUCTOR**

**Assumptions:**

All pole installations or replacements includes spreading.

Untits assume full size equipment access.

Unit RCMAC primary & neutral jumpers. Unit assumes one mac per jumper.

All units assumes that full size equipment access available.

| Unit Type | Unit # | Unit Short Description | Pole size | UOM | Unit Description | Amarillo - Unit Pricing | Non-Metro TX - Unit Pricng | New Mexico - Unit Pricing |
|---|---|---|---|---|---|---|---|---|
| **Multi - Phase Poles** | | | | | | | | |
| Overhead Electric Reconductor Distribution | RCPR1 | Reconductor pole replacement on tangent | 35' - 40' | Each | Three phase tangent or light angle pole that does not require dead-ends, similar to pages C-20 through C-31 of Overhead Distribution Manual. | $ 1,000.00 | $ 750.00 | $ 750.00 |
| Overhead Electric Reconductor Distribution | RCPR2 | Reconductor pole replacement on tangent | 45' - 55' | Each | Three phase tangent or light angle pole that does not require dead-ends, similar to pages C-20 through C-31 of Overhead Distribution Manual. | $ 1,000.00 | $ 750.00 | $ 750.00 |
| Overhead Electric Reconductor Distribution | RCPR3 | Reconductor pole removal on tangent | 35' - 40' | Each | This unit used to be specifically when removing pole on same trip as transfer of electric facilities. Unit is to be used for each pole removed. | $ 250.00 | $ 250.00 | $ 250.00 |
| Overhead Electric Reconductor Distribution | RCPR4 | Reconductor pole removal on tangent | 45' - 55' | Each | This unit used to be specifically when removing pole on same trip as transfer of electric facilities. Unit is to be used for each pole removed. | $ 250.00 | $ 250.00 | $ 250.00 |
| Overhead Electric Reconductor Distribution | RCNF5 | Reconductor new feeder on tangent | 35' - 40' | Each | Tangent three phase, light angle three phase, single phase takeoff. Armed or vertical construction. | $ 1,200.00 | $ 1,000.00 | $ 1,000.00 |
| Overhead Electric Reconductor Distribution | RCNF6 | Reconductor new feeder on tangent | 45' - 55' | Each | Tangent three phase, light angle three phase, single phase takeoff. Armed or vertical construction. | $ 1,200.00 | $ 1,000.00 | $ 1,000.00 |
| Overhead Electric Reconductor Distribution | RCPR7 | Reconductor pole replacement on deadend. | 35' - 40' | Each | Three phase medium angle, heavy angle or deadend pole the requires dead-ends, similar to pages C-32 through C-57 of Overhead Distribution Manual. | $ 1,500.00 | $ 1,200.00 | $ 1,200.00 |
| Overhead Electric Reconductor Distribution | RCPR8 | Reconductor pole replacement on deadend. | 45' - 55' | Each | Three phase medium angle, heavy angle or deadend pole the requires dead-ends, similar to pages C-32 through C-57 of Overhead Distribution Manual. | $ 1,500.00 | $ 1,200.00 | $ 1,200.00 |
| Overhead Electric Reconductor Distribution | RCSA9 | Reconductor single arm tangent change/out | 35' - 40' | Each | Install and remove single arm, Includes braces, pins and insulators. | $ 150.00 | $ 150.00 | $ 150.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Overhead Electric Reconductor Distribution | RCSA10 | Reconductor single arm tangent change/out | 45' - 55' | Each | Install and remove single arm, Includes braces, pins and insulators. | $ 150.00 | $ 150.00 | $ 150.00 |
| Overhead Electric Reconductor Distribution | RCDA11 | Reconductor double arm tangent change/out | 35' - 40' | Each | Install and remove double arm, Includes braces, pins and insulators. | $ 250.00 | $ 250.00 | $ 250.00 |
| Overhead Electric Reconductor Distribution | RCDA12 | Reconductor double arm tangent change/out | 45' - 55' | Each | Install and remove double arm, Includes braces, pins and insulators. | $ 250.00 | $ 250.00 | $ 250.00 |
| Overhead Electric Reconductor Distribution | RCDE13 | Reconductor deadend arm change/out. | 35' - 40' | Each | Install and remove double arm with deadend conductor. Includes braces, pins, insulators and deadend assembly. | $ 250.00 | $ 250.00 | $ 250.00 |
| Overhead Electric Reconductor Distribution | RCDE14 | Reconductor deadend arm change/out. | 45' - 55' | Each | Install and remove double arm with deadend conductor. Includes braces, pins, insulators and deadend assembly. | $ 250.00 | $ 250.00 | $ 250.00 |
| Overhead Electric Reconductor Distribution | RCESA15 | Reconductor existing single arm tangent. | 35' - 40' | Each | To be used when Xarm is not changed out. Includes remove and install braces if required. | $ 150.00 | $ 150.00 | $ 150.00 |
| Overhead Electric Reconductor Distribution | RCESA16 | Reconductor existing single arm tangent. | 45' - 55' | Each | To be used when Xarm is not changed out. Includes remove and install braces if required. | $ 150.00 | $ 150.00 | $ 150.00 |
| Overhead Electric Reconductor Distribution | RCEDA17 | Reconductor existing double arm tangent (Arm Stays) | 35' - 40' | Each | To be used when Xarm is not changed out. Includes remove and install braces if required. | $ 200.00 | $ 200.00 | $ 200.00 |
| Overhead Electric Reconductor Distribution | RCEDA18 | Reconductor existing double arm tangent (Arm Stays) | 45' - 55' | Each | To be used when Xarm is not changed out. Includes remove and install braces if required. | $ 200.00 | $ 200.00 | $ 200.00 |
| Overhead Electric Reconductor Distribution | RCEDE19 | Reconductor existing deadend. (arm stays) | 35' - 40' | Each | To be used when Xarm is not changed out. Includes remove and install braces if required. | $ 200.00 | $ 200.00 | $ 200.00 |
| Overhead Electric Reconductor Distribution | RCEDE20 | Reconductor existing deadend. (arm stays) | 45' - 55' | Each | To be used when Xarm is not changed out. Includes remove and install braces if required. | $ 200.00 | $ 200.00 | $ 200.00 |
| Overhead Electric Reconductor Distribution | RCSDE21 | Reconductor spread existing deadend | 35' - 40' | Each | Spread existing conductor for re-conductor on deadend structures. If the conductor is a double deadend, two units will be applied. | $ 300.00 | $ 300.00 | $ 300.00 |

| Unit Type | Unit # | Unit Short Description | UOM | Unit Description | Amarillo | | | Non-Metro TX | | | New Mexico | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overhead Electric Reconductor Distribution | RCSDE22 | Reconductor spread existing deadend | 45' - 55' | Each | Spread existing conductor for re-conductor on deadend structures. If the conductor is a double deadend, two units will be applied. | $ | 300.00 | $ | 300.00 | $ | 300.00 |
| Overhead Electric Reconductor Distribution | RCSTP23 | Reconductor spread existing tangent. | 35' - 40' | Each | Spread existing conductor for re-conductor on tangent pole (double of single arm). | $ | 50.00 | $ | 50.00 | $ | 50.00 |
| Overhead Electric Reconductor Distribution | RCSTP24 | Reconductor spread existing tangent. | 45' - 55' | Each | Spread existing conductor for re-conductor on tangent pole (double of single arm). | $ | 50.00 | $ | 50.00 | $ | 50.00 |
| Overhead Electric Reconductor Distribution | RCMAC25 | Primary and neutral jumpers | 35' - 55' | Each | Reconductor primary and neutral jumpers. (Mac) | $ | 100.00 | $ | 100.00 | $ | 100.00 |
| Overhead Electric Reconductor Distribution | RCW26 | Conductor installed per foot | | Per Foot | Conductor installed per foot. (4/0 and above) | $ | 1.00 | $ | 1.00 | $ | 1.00 |
| Overhead Electric Reconductor Distribution | RCW27 | Conductor installed per foot | | Per Foot | Conductor installed per foot. (4/0 and below) | $ | 1.00 | $ | 1.00 | $ | 1.00 |
| Overhead Electric Reconductor Distribution | RCW28 | Conductor removed per foot | | Per Foot | Conductor removed per foot. (4/0 and above) | $ | 0.50 | $ | 0.50 | $ | 0.50 |
| Overhead Electric Reconductor Distribution | RCW29 | Conductor removed per foot | | Per Foot | Conductor removed per foot. (4/0 and below) | $ | 0.40 | $ | 0.40 | $ | 0.40 |
| Overhead Electric Reconductor Distribution | RCIA30 | Install crossarm | 35' - 55' | Each | Install Single crossarm. Includes pins, insulators, braces, and spreading. | $ | 200.00 | $ | 200.00 | $ | 200.00 |

**ADDERS TO RECONDUCTOR UNITS**

| Unit Type | Unit # | Unit Short Description | UOM | Unit Description | Amarillo - Unit Pricing | | Non-Metro TX - Unit Pricng | | New Mexico - Unit Pricing | |
|---|---|---|---|---|---|---|---|---|---|---|
| Overhead Electric Reconductor Distribution | RC31 | Hand Dig Pole | Each | To be used when pole hole must be dug by hand when no equipment access is available. | $ | 500.00 | $ | 500.00 | $ | 500.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Overhead Electric Reconductor Distribution | RC32 | Pole in rock | Each | To be used when a pressure digger is requires, where standard augering in is not possible due to rock. | $ | 250.00 | $ | 250.00 | $ 250.00 |
| Overhead Electric Reconductor Distribution | RC33 | Hydro-vac pole | Each | To be used when pole hole is opened by vacuum excavation, where augering is not possible. | $ | 500.00 | $ | 500.00 | $ 500.00 |
| Overhead Electric Reconductor Distribution | RC234 | 1-PH transformer | Each | Install single phase transformer, includes single phase recloser. | $ | 250.00 | $ | 250.00 | $ 250.00 |
| Overhead Electric Reconductor Distribution | RC35 | Multi-phase transformer | Each | Install two or three transformers. | $ | 1,000.00 | $ | 1,000.00 | $ 1,000.00 |
| Overhead Electric Reconductor Distribution | RC36 | Screw in anchors (not identified) | Each | This unit is for the installation and removal. | $ | 175.00 | $ | 175.00 | $ 175.00 |
| Overhead Electric Reconductor Distribution | RC37 | Guys and anchors (if not identified) | Each | This unit is for the installation. | $ | 125.00 | $ | 125.00 | $ 125.00 |
| Overhead Electric Reconductor Distribution | RC38 | Drop in anchors (if not identified) | Each | This unit is for the installation. | $ | 300.00 | $ | 300.00 | $ 300.00 |
| Overhead Electric Reconductor Distribution | RC39 | Installation of Avian | Each | Avian friendly construction, Specification Raptor G Section. | $ | 50.00 | $ | 50.00 | $ 50.00 |
| Overhead Electric Reconductor Distribution | RC40 | Primary Metering | Each | Primary metering pole, Similar to page C-96.50 of the Overhead Distribution Standards Manual. | $ | 1,500.00 | $ | 1,500.00 | $ 1,500.00 |
| Overhead Electric Reconductor Distribution | RC41 | Gang Switch Three Phase | Each | Gang switch, Similar to page H-1, H-4 of the Overhead Distribution Standards Manual. | $ | 1,500.00 | $ | 1,500.00 | $ 1,500.00 |
| Overhead Electric Reconductor Distribution | RC42 | Regulator Three Phase Platform Mount | Each | Regulator three phase platform installation, Similar to page E-144, E-144.50 of the Overhead Distribution Standards Manual. | $ | 2,500.00 | $ | 2,500.00 | $ 2,500.00 |
| Overhead Electric Reconductor Distribution | RC43 | Regulator Single Phase | Each | Regulator single phase,  Similar to page E-139, E-140, E-141, E-142.20 of the Overhead Distribution Standards Manual. | $ | 900.00 | $ | 900.00 | $ 900.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Overhead Electric Reconductor Distribution** | RC44 | Arrestor station | Each | This unit includes 3 arrestors, pole gound, and arm ground. | $ 225.00 | $ 225.00 | $ 225.00 |
| **Overhead Electric Reconductor Distribution** | RC45 | Cutout / Arrestor | Each | This unit includes 1 arrestor or cutout. | $ 50.00 | $ 50.00 | $ 50.00 |
| **Overhead Electric Reconductor Distribution** | RC46 | Reclosure | Each | This unit includes a multi phase reslosure installation. | $ 750.00 | $ 750.00 | $ 750.00 |
| **Overhead Electric Reconductor Distribution** | RC47 | Capacitor Bank | Each | This unit includes a multi phase cap bank installation. | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| **Overhead Electric Reconductor Distribution** | RC49 | False dead-ends | Each | This unit will be used for installing false dead-ends similar to page C-68.20 of the overhead distribution standards manual. | $ 400.00 | $ 400.00 | $ 400.00 |
| **Overhead Electric Reconductor Distribution** | RC47 | Canadian dead-ends | Each | This unit is to be used when installing canadian dead-ends. Similar to page F-6 and F-12 of the overhead distribution manual. | $ 100.00 | $ 100.00 | $ 100.00 |

**CUSTOM ENERGY SERVICES**
**27583 STATE HWY 34**
**SHARON, OK 73857**

2015
STORM PRICES

| | |
|---|---|
| SUPERINTENDANT | $ 75.00 |
| FOREMAN | $ 70.00 |
| LINEMAN | $ 65.00 |
| OPERATOR | $ 60.00 |
| GROUDMAN | $ 55.00 |
| SAFETY COORDINATOR | $ 40.00 |
| CREW TRUCK | $ 35.00 |
| BUCKET | $ 70.00 |
| BOOM TIP DIGGER | $ 75.00 |
| PRESSURE DIGGER | $ 125.00 |
| BULLDOZER W/OPERATOR | $ 100.00 |
| BACKYARD MACHINE | $ 100.00 |
| POLE TRAILER | $ 35.00 |
| UTILITY TRAILER | $ 30.00 |
| WIRE TRAILER | $ 25.00 |
| ROPE RIG | $ 30.00 |
| BRAKE TRAILER | $ 25.00 |
| TRACK DIGGER OR BUCKET | $ 150.00 |
| HAUL TRUCK & TRAILER | $ 65.00 |
| 1-TON TRUCK | $ 30.00 |
| ATV | $ 15.00 |
| CHAIN SAW | $ 8.00 |

ANY QUESTIONS PLEASE CALL WAYLON WYRICK
AT 405-519-3129

**MOTEL AND MEALS WILL BE PROVIDED BY CUSTOMER**
**OR WILL BE CHARGED BACK WITH 10% ADDER**
**WHILE ON STORM CUSTOMER WILL PROVIDE FUEL**
**OVERTIME WILL BE ON LABOR ONLY**
**CREWS WILL REMAIN ON STORM PORTAL TO PORTAL**
**EQUIPMENT WILL BE CHARGED SAME HOURS AS MEN**